Exhibit A



**U.S. Department of Justice**

Federal Bureau of Prisons

*South Central Regional Office*

U.S. Armed Forces Reserve Complex
344 Marine Forces Drive
Grand Prairie, Texas 75051

November 9, 2022

Mr. Barrett, Jeremy
Reg. No. 04807-095
FCI Oakdale I
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA 71463

Re:   Administrative Tort Claim No. TRT-SCR-2022-04286

Mr. Barrett:

Your administrative claim was received in the South Central Regional Office for processing on April 15, 2022. You filed a claim requesting compensation in the amount of $1,000,000.00 for personal injury. On May 6, 2022, a letter of acknowledgement was mailed to you and a request for investigation was sent to the incident institution. Be advised that to date, the investigative process regarding your claim remains ongoing. Pursuant to 28 C.F.R. § 543.32(i): "Generally, you will receive a decision regarding your claim within six months of when you properly file the claim. If you have not received a letter either proposing a settlement or denying your claim within six months after the date your claim was filed, you may assume your claim has been denied." While it is acknowledged that the six month date for your claim expired on October 14, 2022, this office intends to keep your case open and adjudicate your claim upon receipt of the investigation.

Sincerely,

GERARD RAWLS  *(Digitally signed by GERARD RAWLS Date: 2022.11.07 13:19:09 -06'00')*   /for

Jason A. Sickler
Regional Counsel

cc:   F. Martinez, Warden

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Regional Counsel, South Central Region<br>Federal Bureau of Prisons, U.S. Armed Forces Reserve Complex<br>344 Marine Forces Drive, Grand Prairie, TX 75051 | Jeremy C. Barrett #04807-095<br>FCI Oakdale # 1<br>P.O. Box # 5000<br>Oakdale, LA 71463 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | 03/07/63 | Single | 01/20/2021 | 8:00 AM |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

On January 20, 2021, I, Jeremy C. Barrett was examined by Optometrist Maxon, T. OD for the purpose of having the prescription for my eye glasses updated.  After being given a thorough eye exam by Mr. Maxon, he asked me what treatment I was receiving for glaucoma. I told Mr. Maxon that I didn't know anything about any glaucoma and that I wasn't being given any kind of treatment for it (the glaucoma).  [See the attached continuation page]

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

NONE

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

NONE

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Stated within the basis for the claim.

| 11. | | WITNESSES |
|---|---|---|
| NAME | | ADDRESS (Number, Street, City, State, and Zip Code) |
| Stated within the basis of claim. | | FCI-1 Oakdale, Medical staff members |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|  | $1,000,000.00 |  | $1,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
|  | NONE | 04/11/2022 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable<br>95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☒ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☒ No   17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

   B. *Principal Purpose:* The information requested is to be used in evaluating claims.
   C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
   D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC  20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

TRULINCS 04807095 - BARRETT, JEREMY CARLTON - Unit: OAK-P-A

-----------------------------------------------------------------------------------

FROM: 04807095
TO:
SUBJECT: CONTINUATION ATTACHMENT,
DATE: 04/07/2022 09:00:23 PM

Mr. Maxon then said, "you mean you don't know you have glaucoma"? I responded, "No Sir, this is the first time I'm hearing anything about glaucoma". Mr. Maxon told me that it is in my file and that in 2013 my file shows that optic nerve damage, (CUPPING), was at 0.3% and that now optic nerve damage,(CUPPING), is at 0.75%. I asked Mr. Maxon what he meant by (CUPPING) and he told me that when the damage to the surface of the optic nerve progresses, it starts forming something like a shallow bowl or a depression in the optic nerve. I asked Mr. Maxon what could be done to repair the damage and Mr. Maxon told me that it cannot be fixed. I asked Mr. Maxon, if the damage to my optic nerves is at 0.75%, what happens when it gets to 100%, Mr. Maxon told me, "you will be blind". Mr. Maxon told me, "don't panic, I'm going to refer you for ophthalmology to see a specialist so you can start getting some treatment for the glaucoma".

On April 30,2021 I went on a medical trip to an Ophthalmology Clinic for further diagnosis and for beginning treatment of glaucoma. I was prescribed Brimonidine eye drops but I started having problems with side effects. I was later switched to Timolol eye drops which have much less problems with side effects. On my last visit to the Ophthalmology Clinic I asked the Ophthalmologist if he thought that optic nerve damage going from 0.3% to 0.75% in a 7 years time span was considered as a fast progression, he said YES it is. I asked him if the treatment I am receiving now would stop the progression of the nerve damage and he said, "NO, lets just say that it will hold it at bay for a while". He then said, "The damage would have been much less and it would have been much better if you had been started on treatment for this 7 years or even 5 years back.".

Medical records clearly show that the BOP and the medical personnel at both Pollock and at Oakdale FCI-1 knew about the beginning of Optic Nerve destruction (CUPPING) and that it was progressive in 2013. Even though the BOP is now attempting to treat the problem, it is to little to late. Medical records show that even with the treatment being provided for almost a year now, my status is at this time still listed as, (INADEQUATELY CONTROLLED). Had any attempt at treatment been started years back when the nerve damage was first discovered, the proper treatment would have already been found and it would have been able to slow the on going damage substantially. I do not claim that the BOP is not treating me now for this problem but I am claiming that due to the medical negligence and the deliberate indifference of medical personnel and the BOP, I have suffered at least 75% destruction of the optic nerves in both the left and right eyes and no amount of medical treatment can repair the damage that has occurred to my eyes. This means that at least 3/4 of my eye sight has been irrevocably lost and cannot be replaced. It is the determination of a professional Ophthalmologist that had treatment been started even 5 years earlier, the fact that I will go blind would have been put off for a much longer period of time. It is even possible that had treatment been started years earlier, I would not go blind before the time of my death. I understand that I broke the law and I have been serving my time and paying my dept to society. But I should not have also had to pay with the loss of my eyesight because of the medical negligence and the deliberate indifference of the BOP who waited over 7 years to late to try and make a show of some kind of treatment. It should be noted that the optic nerve damage, (CUPPING), is still progressive and on going at this time.

Respectfully Submitted,
Jeremy C. Barrett
#04807-095

*Jeremy C. Barrett*

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name:  BARRETT, JEREMY CARLTON | | Reg #:  04807-095 | |
| Date of Birth:  03/07/1963 | Sex:   M   Race:  WHITE | Facility:  OAK | |
| Encounter Date: 01/20/2021 08:15 | Provider:  Maxon, T. OD | Unit:  V01 | |

Optometry - Optometry Exam encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**       Provider:  Maxon, T. OD

**Chief Complaint:**   Eyes/Vision Problems

**Subjective:**   57 yo WM (+) HTN RTC for exam. LEE 8/11/2016.

**Pain:**   Not Applicable

**Vision Screen** on 01/20/2021 08:15

**Blindness:**

| | | | |
|---|---|---|---|
| **Distance Vision:** | Right Eye: | Left Eye: | Both Eyes: |
| **Near Vision:** | Right Eye: | Left Eye: | Both Eyes: |

**With Corrective Lenses**

| | | | |
|---|---|---|---|
| **Distance Vision:** | Right Eye: 20/20 | Left Eye:  20/20 | Both Eyes: 20/20 |
| **Near Vision:** | Right Eye: | Left Eye: | Both Eyes: |

**Present Glasses - Distance**

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| **R:** | +0.25 | -0.25 | 3 | |
| **L:** | +1.00 | -0.25 | 96 | |

**Refraction - Distance**

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| **R:** | +0.75 | | | +2.25 |
| **L:** | +1.50 | -0.25 | 80 | +2.25 |

**Color Test:**

**Tonometry:**   L:  12       R:  13

**Comments:**   ntc1 57 16 SH

**OBJECTIVE:**

**Exam:**

**Eyes**

**General**

Yes: PERRLA, Extraocular Movements Intact

**Slit Lamp**

Yes: Normal Exam

**Periorbital/Orbital/Lids**

Yes: Normal Appearing

**Eyebrows**

Yes: Normal Appearing

**Conjunctiva and Sclera**

Yes: Within Normal Limits

**Cornea and Lens**

Yes: Cataract: Nuclear

**Iris**

Yes: Normal Appearing

| Inmate Name: | BARRETT, JEREMY CARLTON | | | | Reg #: | 04807-095 |
|---|---|---|---|---|---|---|
| Date of Birth: | 03/07/1963 | Sex: | M | Race:  WHITE | Facility: | OAK |
| Encounter Date: | 01/20/2021 08:15 | Provider: | Maxon, T. OD | | Unit: | V01 |

Fundus Exam
Yes: Grossly Normal Retina, Optic Nerve Head measured (Enter CD ratio: 0.75 with deep cupping.)

**ASSESSMENT:**

Astigmatism, H52209 - Current

Essential (primary) hypertension, I10 - Current

Hypermetropia, H5200 - Current

Presbyopia, H524 - Current

Unspecified glaucoma, H409 - Current

**PLAN:**

**Disposition:**
Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens

**Other:**
1. Normal Tension Glaucoma Suspect, OU
- 2013 chart indicates 0.3 cupping at that time. Cupping is now closer 70 0.75 OU
- IOP today 13/12
- No hx of steroid use
- No fam hx of glaucoma
- Refer to ophthalmology for glaucoma work up

2. CHAP, OU
- Rx BF specs

Refer to Ophthalmology for low tension glaucoma workup. Recommend OCT and VF testing.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/20/2021 | Counseling | Access to Care | Maxon, T. | Verbalizes Understanding |

**Spec Rx:   Completed on**  01/20/2021 08:29
**Sphere Right:** +0.75
**Sphere Left:** +1.50
**Cylinder Left:** -0.25
**Axis Left:**  80
**Bifocal Power Right:**  2.25
**Bifocal Power Left:**  2.25
**Segment Height Right:**  12
**Segment Height Left:**  12
**Segment Width:**  28
**Pupillary Width Distance Right:**  62
**Pupillary Width Near Right:**  59
**Frame Material:**   Plastic
**Frame Style:**  NTC-1
**Frame Color:**  Black
**Eye Size:**   54

| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: | M   Race:   WHITE | Facility: | OAK |
| Encounter Date: | 01/20/2021 08:15 | Provider: | Maxon, T. OD | Unit: | V01 |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**   No

Completed by Maxon, T. OD on 01/20/2021 08:30

Requested to be cosigned by  Ardoin, Alicia FNP-C.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
### Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: | M | Race: | WHITE |
| Encounter Date: | 01/20/2021 08:15 | Provider: | Maxon, T. OD | Facility: | OAK |

**Cosigned with New Encounter Note by Ardoin, Alicia FNP-C on 01/20/2021 12:29.**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: | M   Race: WHITE | Facility: | OAK |
| Note Date: | 01/20/2021 12:29 | Provider: | Ardoin, Alicia FNP-C | Unit: | V01 |

Cosign Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:  Ardoin, Alicia FNP-C
Optometry recommends referral to ophthalmologist.

## New Consultation Requests:

| **Consultation/Procedure** | **Target Date** | **Scheduled Target Date** | **Priority** | **Translator** | **Language** |
|---|---|---|---|---|---|
| Ophthalmology | 03/19/2021 | 03/19/2021 | Urgent | No | |

Subtype:
Offsite Appt
Reason for Request:

57 year old male with history of HTN. RTC for exam on 1/20/21. Last eye exam was on 8/11/2016.

1. Normal Tension Glaucoma Suspect, OU
- 2013 chart indicates 0.3 cupping at that time. Cupping is now closer 70 0.75 OU
- IOP today 13/12
- No hx of steroid use
- No fam hx of glaucoma
- Refer to ophthalmology for glaucoma work up

Refer to Ophthalmology for low tension glaucoma workup. Recommend OCT and VF testing
Provisional Diagnosis:
Normal Tension Glaucoma Suspect, OU

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Ardoin, Alicia FNP-C on 01/20/2021 12:32

5

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: | M    Race:WHITE | Facility: | OAK |
| Note Date: | 05/05/2021 15:03 | Provider: | Ardoin, Alicia FNP-C | Unit: | P02 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**      Provider:  Ardoin, Alicia FNP-C

HPI: This is a 58 year old who is being seen for a chief complaint of glaucoma evaluation, involving the left and right eyes. The symptoms are associated with blurred vision, headache, nausea, and ocular pain and are mild in severity. The patient has had these symptoms for 5 months. The patient presents today for further evaluation and management,
IOP check, and optic nerve imaging.

Impression/Plan:
1. Glaucoma Suspect OU
Open angle with borderline findings, high risk
Status: Worsening
FU for next visit in 3 months: HVF, IOP, GONIOa
Prescription:
Brimonidine 0.15% OU Instill 1 drop into affected eyes three times a day

MRI of brain IAC and orbits with and without contrast

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Radiology | 06/11/2021 | 06/11/2021 | Urgent | No | |

Subtype:

MRI, Offsite

Reason for Request:

HPI: This is a 58 year old who is being seen for a chief complaint of glaucoma evaluation, involving the left and right eyes. The symptoms are associated with blurred vision, headache, nausea, and ocular pain and are mild in severity. The patient has had these symptoms for 5 months. The patient presents today for further evaluation and management,
IOP check, and optic nerve imaging.

Impression/Plan:
1. Glaucoma Suspect OU
Open angle with borderline findings, high risk
Status: Worsening
FU for next visit in 3 months: HVF, IOP, GONIOa
Prescription:
Brimonidine 0.15% OU Instill 1 drop into affected eyes three times a day

Requesting MRI of brain IAC and orbits with and without contrast
Provisional Diagnosis:

Glaucoma
Nerve Damage

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**  No

| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: | M      Race:WHITE | Facility: | OAK |
| Note Date: | 05/05/2021 15:03 | Provider: | Ardoin, Alicia FNP-C | Unit: | P02 |

Completed by Ardoin, Alicia FNP-C on 05/05/2021 15:06

7

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name:  BARRETT, JEREMY CARLTON | | Reg #: | 04807-095 |
| Date of Birth:  03/07/1963 | Sex:   M   Race:  WHITE | Facility: | OAK |
| Encounter Date:  07/20/2021 07:39 | Provider:  Reed, James RN | Unit: | P02 |

Nursing - Triage Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**      Provider:  Reed, James RN

Chief Complaint:   No Complaint(s)

Subjective:     I THINK I AM ALLERGIC TO THE EYE DROPS I AM ON.

**Pain:**      No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/20/2021 | 07:40 OAX | 98.2 | 36.8 | Forehead | Reed, James RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/20/2021 | 07:40 OAX | 78 | Brachial | Regular | Reed, James RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/20/2021 | 07:40 OAX | 20 | Reed, James RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/20/2021 | 07:40 OAX | 128/74 | Left Arm | Sitting | Adult-large | Reed, James RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/20/2021 | 07:40 OAX | 99 | Room Air | Reed, James RN |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Nutrition**

Yes: Within Normal Limits

**Eyes**

**General**

Yes: PERRLA

**Periorbital/Orbital/Lids**

Yes: Erythema, Swelling

**Conjunctiva and Sclera**

Yes: Hyperemia

8

| | |
|---|---|
| Inmate Name:   BARRETT, JEREMY CARLTON | |
| Date of Birth:     03/07/1963 | Sex:      M    Race:   WHITE |
| Encounter Date:  07/20/2021 07:39 | Provider:   Reed, James RN |

| | |
|---|---|
| Reg #:      04807-095 | |
| Facility:    OAK | |
| Unit:         P02 | |

**Pulmonary**

    **Observation/Inspection**

        Yes: Within Normal Limits

**Cardiovascular**

    **Observation**

        Yes: Within Normal Limits, Normal Rate, Regular Rhythm

**ASSESSMENT:**

    Other

        INMATE REQUESTING EXAM, STATES THAT HIS EYES STAY RED AND WATERY WITH ITCHING EVER SINCE HE STARTED THE EYE DROPS BRIMONIDINE.

**PLAN:**

**Disposition:**

    Follow-up at Sick Call as Needed

    To be Evaluated by Provider

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/20/2021 | Counseling | Access to Care | Reed, James | Verbalizes Understanding |

**Copay Required:** Yes        **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Reed, James RN on 07/20/2021 07:48

Requested to be reviewed by  Ardoin, Alicia FNP-C.

Review documentation will be displayed on the following page.

q

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
|---|---|---|---|---|---|
| Date of Birth: | 03/07/1963 | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/20/2021 07:39 | Provider: | Reed, James RN | Facility: | OAK |

**Reviewed by Ardoin, Alicia FNP-C on 07/21/2021 11:56.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: BARRETT, JEREMY CARLTON | | Reg #: | 04807-095 |
| Date of Birth: 03/07/1963 | Sex:  M   Race:  WHITE | Facility: | OAK |
| Encounter Date: 07/21/2021 09:09 | Provider:  Ardoin, Alicia FNP-C | Unit: | P02 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1        Provider:  Ardoin, Alicia FNP-C

Chief Complaint:  Eyes/Vision Problems

Subjective:       "They got me on those eye drops for the glaucoma and I'm have side effects from it. My eyes
                  are red and blurry and in the morning they crusted shut". Inmate reports symptoms present x
                  1 week. Reports watery drainage, sometimes it's thick drainage.

Pain:             No

**ROS:**

**General**

**Constitutional Symptoms**

No: Fatigue, Fever, Weakness

**Integumentary**

**Skin**

No: Rashes, Sores that won't heal

**HEENT**

**Eyes**

Yes: Discharge/Matting, Inflammation, Itching, Redness

No: Visual Loss

**Cardiovascular**

**General**

No: Angina, Edema

**Pulmonary**

**Respiratory System**

No: Cough - Dry, DOE

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/21/2021 | 09:12 OAX | 97.7 | 36.5 | | Ardoin, Alicia FNP-C |
| 07/20/2021 | 07:40 OAX | 98.2 | 36.8 | Forehead | Reed, James RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/21/2021 | 09:12 OAX | 64 | | | Ardoin, Alicia FNP-C |
| 07/20/2021 | 07:40 OAX | 78 | Brachial | Regular | Reed, James RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/21/2021 | 09:12 OAX | 18 | Ardoin, Alicia FNP-C |
| 07/20/2021 | 07:40 OAX | 20 | Reed, James RN |

11

| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
| --- | --- | --- | --- | --- | --- |
| Date of Birth: | 03/07/1963 | Sex: M | Race: WHITE | Facility: | OAK |
| Encounter Date: | 07/21/2021 09:09 | Provider: | Ardoin, Alicia FNP-C | Unit: | P02 |

| **Date** | **Time** | **Rate Per Minute** | **Provider** |
| --- | --- | --- | --- |

**Blood Pressure:**

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
| --- | --- | --- | --- | --- | --- | --- |
| 07/21/2021 | 09:12 OAX | 123/72 | | | | Ardoin, Alicia FNP-C |
| 07/20/2021 | 07:40 OAX | 128/74 | Left Arm | Sitting | Adult-large | Reed, James RN |

**SaO2:**

| **Date** | **Time** | **Value(%)** | **Air** | **Provider** |
| --- | --- | --- | --- | --- |
| 07/21/2021 | 09:12 OAX | 98 | Room Air | Ardoin, Alicia FNP-C |
| 07/20/2021 | 07:40 OAX | 99 | Room Air | Reed, James RN |

**Exam:**

**General**

**Affect**

Yes: Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Unkempt, Acutely Ill

**Skin**

**General**

Yes: Dry, Skin Intact

**Eyes**

**General**

Yes: PERRLA, Extraocular Movements Intact

**Conjunctiva and Sclera**

Yes: Conjunctival Injection, Diffuse Redness

No: Mucoid Discharge, Purulent Discharge, Watery Discharge, Subconjunctival Hemorrhage, Trauma

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Cardiovascular**

**Observation**

Yes: Within Normal Limits

**Comments**

Inmate has been on latanoprost drops for several months now. Reports symptoms started about 1 week ago. Discussed with clinical director, recommends treating for conjunctivitis, getting new bottle of eye drops and discard old eye drops.

**ASSESSMENT:**

Conjunctivitis, H109 - Current - *Start antibiotic ointment. FU 7-10 days*

**PLAN:**

**New Medication Orders:**

| Rx# | **Medication** | **Order Date** |
| --- | --- | --- |
| | Ciprofloxacin Ophth Solution 0.3% | 07/21/2021 09:09 |

**Prescriber Order:**   1 drop   In Affected Eye(s) Both Eyes -four times a day x 10 day(s)

Indication:   Conjunctivitis

12

| Inmate Name: | BARRETT, JEREMY CARLTON | | | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: | M   Race:  WHITE | | Facility: | OAK |
| Encounter Date: | 07/21/2021 09:09 | Provider: | Ardoin, Alicia FNP-C | | Unit: | P02 |

Schedule:

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|
| Follow-up | 08/04/2021 07:30 | MLP 05 |
| FU eye irritation | | |

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/21/2021 | Counseling | Plan of Care | Ardoin, Alicia | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  Yes
**Telephone/Verbal Order:**   No

Completed by Ardoin, Alicia FNP-C on 07/21/2021 11:11
Requested to be cosigned by  Griffin, Richard MD/CD.

Cosign documentation will be displayed on the following page.

13

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/21/2021 09:09 | Provider: | Ardoin, Alicia FNP-C | Facility: | OAK |

**Cosigned with New Encounter Note by Griffin, Richard MD/CD on 07/21/2021 12:40.**

14

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
| Date of Birth: 03/07/1963 | Sex: M | Race: WHITE | Facility: | OAK |
| Encounter Date: 07/21/2021 12:40 | Provider: Griffin, Richard MD/CD | | Unit: | P02 |

Cosign Note - Evaluation encounter performed at Dental Clinic.

**SUBJECTIVE:**

COMPLAINT  **1**      Provider:  Griffin, Richard MD/CD

Chief Complaint:  Eyes/Vision Problems

Subjective:     red and itchy eyes for a week, with mucous discharge. i did not have this when i started the eye drops

**Pain:**          No

**OBJECTIVE:**

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 07/21/2021 | 09:12 | OAX | 97.7 | 36.5 | | Ardoin, Alicia FNP-C |

**Pulse:**

| Date | Time | | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 07/21/2021 | 09:12 | OAX | 64 | | | Ardoin, Alicia FNP-C |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider |
|---|---|---|---|---|
| 07/21/2021 | 09:12 | OAX | 18 | Ardoin, Alicia FNP-C |

**Blood Pressure:**

| Date | Time | | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|---|
| 07/21/2021 | 09:12 | OAX | 123/72 | | | | Ardoin, Alicia FNP-C |

**SaO2:**

| Date | Time | | Value(%) | Air | Provider |
|---|---|---|---|---|---|
| 07/21/2021 | 09:12 | OAX | 98 | Room Air | Ardoin, Alicia FNP-C |

**Exam:**

**Eyes**

**General**

Yes: PERRLA, Extraocular Movements Intact

**Periorbital/Orbital/Lids**

Yes: Normal Appearing

**Eyebrows**

Yes: Normal Appearing

**Conjunctiva and Sclera**

Yes: Conjunctival Injection, Mucoid Discharge, Hyperemia

**Cornea and Lens**

Yes: Normal Appearing

**Iris**

Yes: Normal Appearing

**Pupils**

15

| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: | M   Race:   WHITE | Facility: | OAK |
| Encounter Date: | 07/21/2021 12:40 | Provider: | Griffin, Richard MD/CD | Unit: | P02 |

Yes: Normal Appearing

**Exam Comments**

ASSESS PLAN
conjunctivitis
get fresh bottle of glaucoma eye drops, cool compresses, antibiotic eye drops

**ASSESSMENT:**

Conjunctivitis, H109 - Current

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
| --- | --- | --- | --- | --- |
| 07/21/2021 | Counseling | Compliance - Treatment | Griffin, Richard | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Griffin, Richard MD/CD on 07/21/2021 12:43
Requested to be reviewed by  Ardoin, Alicia FNP-C.
Review documentation will be displayed on the following page.

16

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
|---|---|---|---|---|---|
| Date of Birth: | 03/07/1963 | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/21/2021 12:40 | Provider: | Griffin, Richard MD/CD | Facility: | OAK |

**Reviewed by Ardoin, Alicia FNP-C on 07/21/2021 14:51.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: | M   Race: WHITE | Facility: | OAK |
| Encounter Date: | 08/05/2021 12:57 | Provider: | Ardoin, Alicia FNP-C | Unit: | P02 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**        Provider:  Ardoin, Alicia FNP-C

Chief Complaint: Eyes/Vision Problems
Subjective:      "My eyes are much better. They get itchy sometimes but they better". Inmate being seen for
                 follow up on bilateral conjunctivitis. Reports symptoms have improved.
Pain:            No

COMPLAINT **2**        Provider:  Ardoin, Alicia FNP-C

Chief Complaint: ORTHOPEDIC/RHEUMATOLOGY
Subjective:      Inmate recently underwent left shoulder surgery. Being seen for follow up. Inmate states
                 "They took the stitches out and it's doing well. I been doing my exercises like the doctor said".
                 Inmate reports wound to left shoulder are doing well. Currently wearing recommended brace.
Pain:            No

**ROS:**

**General**
  **Constitutional Symptoms**
      No: Fatigue, Fever, Weakness
**Integumentary**
  **Skin**
      No: Rashes, Sores that won't heal
**HEENT**
  **Eyes**
      Yes: Itching
      No: Blurred Vision, Discharge/Matting, Pain
**Cardiovascular**
  **General**
      Yes: Hx Hypertension
      No: Angina
**Pulmonary**
  **Respiratory System**
      No: Cough - Dry
**Musculoskeletal**
  **General**
      No: Gait Abnormality

**OBJECTIVE:**
**Temperature:**

| <u>Date</u> | <u>Time</u> | <u>Fahrenheit</u> | <u>Celsius</u> | <u>Location</u> | <u>Provider</u> |
|---|---|---|---|---|---|
| 08/05/2021 | 12:58 OAX | 97.4 | 36.3 | | Ardoin, Alicia FNP-C |

**Pulse:**

| <u>Date</u> | <u>Time</u> | <u>Rate Per Minute</u> | <u>Location</u> | <u>Rhythm</u> | <u>Provider</u> |
|---|---|---|---|---|---|

18

Inmate Name:  BARRETT, JEREMY CARLTON
Date of Birth:  03/07/1963               Sex:   M   Race:  WHITE
Encounter Date: 08/05/2021 12:57         Provider:  Ardoin, Alicia FNP-C

Reg #:     04807-095
Facility:  OAK
Unit:      P02

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|------|------|-----------------|----------|--------|----------|
| 08/05/2021 | 12:58 OAX | 64 | | | Ardoin, Alicia FNP-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|------|------|-----------------|----------|
| 08/05/2021 | 12:58 OAX | 18 | Ardoin, Alicia FNP-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 08/05/2021 | 12:58 OAX | 129/75 | | | | Ardoin, Alicia FNP-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 08/05/2021 | 12:58 OAX | 100 | Room Air | Ardoin, Alicia FNP-C |

**Exam:**

**General**

   **Affect**

      Yes: Cooperative

   **Appearance**

      Yes: Appears Well, Alert and Oriented x 3

      No: Unkempt, Acutely Ill

**Skin**

   **General**

      Yes: Dry, Skin Intact

   **Wound**

      Yes: Clean, Dry and Intact, Wounds present

      No: Signs and/or Symptoms of Infection

**Eyes**

   **General**

      Yes: PERRLA, Extraocular Movements Intact

   **Conjunctiva and Sclera**

      Yes: Conjunctival Injection

      No: Diffuse Redness, Discharge, Purulent Discharge, Watery Discharge

**Pulmonary**

   **Observation/Inspection**

      Yes: Within Normal Limits

**Cardiovascular**

   **Observation**

      Yes: Within Normal Limits

**Musculoskeletal**

   **Gait**

      Yes: Normal Gait

**Exam Comments**

Left shoulder: multiple small surgical incisions measuring approximately 1 cm in length. Wounds open to air, no signs of infection, no surrounding erythema or edema.

| Inmate Name:  BARRETT, JEREMY CARLTON | | | Reg #: 04807-095 |
| Date of Birth: 03/07/1963 | Sex:    M    Race:  WHITE | | Facility: OAK |
| Encounter Date: 08/05/2021 12:57 | Provider: Ardoin, Alicia FNP-C | | Unit:     P02 |

Brace in place to left shoulder and arm
Radial pulse palpable 2+
Cap refill < than 3 secs.

**ASSESSMENT:**

Conjunctivitis, H109 - Current - *Improvement in symptoms. Reports mild irritation/itching. Will extend drops x 5 days.*

Pain in unspecified joint, M2550 - Current - *Surgery completed. Inmate performing self rehab with exercises given by orthopedic surgeon. Incisions healing well.*

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 286461-OAX | Omeprazole 20 MG Cap | 08/05/2021 12:57 |

**Prescriber Order:**   Take one tablet (20 MG) by mouth twice daily *Please purchase from commissary when these are gone if needed* x 180 day(s)

Indication:   Gastro-esophageal reflux disease with esophagitis, without bleeding

**Disposition:**
- Follow-up at Sick Call as Needed
- Follow-up at Chronic Care Clinic as Needed
- Return Immediately if Condition Worsens
- Return To Sick Call if Not Improved

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/05/2021 | Counseling | Plan of Care | Ardoin, Alicia | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Ardoin, Alicia FNP-C on 08/05/2021 13:03

20

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BARRETT, JEREMY CARLTON | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex:     M     Race: WHITE | Facility: | OAK |
| Note Date: | 08/06/2021 13:03 | Provider:   Ardoin, Alicia FNP-C | Unit: | P02 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

   ADMINISTRATIVE NOTE   **1**         Provider:   Ardoin, Alicia FNP-C
   Medical trip rescheduled due to quarantine status, will cancel COVID 19 swab

**Discontinued Non-Medication Orders:**

| <u>Order</u> | <u>Frequency</u> | <u>Duration</u> | <u>Details</u> | <u>Ordered By</u> |
|---|---|---|---|---|
| *COVID-19 RNA* | *One Time* | | *Due 8/9/21* | *Ardoin, Alicia FNP-C* |
| | Discontinue Reason: | *No longer indicated* | | |
| | Order Date: | *08/03/2021* | | |
| | End Date: | *08/09/2021* | | |

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Ardoin, Alicia FNP-C on 08/06/2021 13:03

21

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: | M    Race: WHITE | Facility: | OAK |
| Note Date: | 08/06/2021 13:20 | Provider: | Ardoin, Alicia FNP-C | Unit: | P02 |

Review Note - Document Review encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE   **1**        Provider:   Ardoin, Alicia FNP-C
        8/4/21
        SARS CoV 2 RNA NOT DETECTED

**ASSESSMENTS:**

Coronavirus COVID-19 test negative, Z03818-c19 - Current

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Ardoin, Alicia FNP-C on 08/06/2021 13:20

22

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: | M     Race: WHITE | Facility: | OAK |
| Note Date: | 08/06/2021 13:46 | Provider: | Griffin, Richard MD/CD | Unit: | P02 |

Cosign Note - Lab Report Cosign encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE   **1**          Provider:   Griffin, Richard MD/CD
        lab 8-4-
        covid swab negative

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Griffin, Richard MD/CD on 08/06/2021 13:46

23

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: | M    Race: WHITE | Facility: | OAK |
| Note Date: | 08/19/2021 08:19 | Provider: | Ardoin, Alicia FNP-C | Unit: | P02 |

Review Note - Document Review encounter performed at Health Services.
**Administrative Notes:**

     ADMINISTRATIVE NOTE   **1**       Provider:  Ardoin, Alicia FNP-C
        8/17/2021
        SARS CoV 2 RNA Not Detected

**ASSESSMENTS:**

Coronavirus COVID-19 test negative, Z03818-c19 - Current

**Copay Required:** No       **Cosign Required:**  No
**Telephone/Verbal Order:**  No

Completed by Ardoin, Alicia FNP-C on 08/19/2021 08:20

24

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: | M    Race: WHITE | Facility: | OAK |
| Note Date: | 08/19/2021 10:00 | Provider: | Griffin, Richard MD/CD | Unit: | P02 |

Cosign Note - Lab Report Cosign encounter performed at Health Services.
**Administrative Notes:**

  ADMINISTRATIVE NOTE   **1**        Provider:   Griffin, Richard MD/CD
    lab 8-17-2021
    covid swab negative

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Griffin, Richard MD/CD on 08/19/2021 10:01

25

# Bureau of Prisons
# Health Services
# Clinical Encounter

| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
|---|---|---|---|---|---|
| Date of Birth: | 03/07/1963 | Sex: | M  Race: WHITE | Facility: | OAK |
| Encounter Date: | 08/23/2021 08:15 | Provider: | Byrd, Brandon RN | Unit: | P02 |

Nursing - Triage Note encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT **1**    Provider:  Byrd, Brandon RN

Chief Complaint:  Eyes/Vision Problems

Subjective:    Since starting the glaucoma drops 3 months ago, I've had problems with my eyes. My eyes are crusted in the morning, I'm having watery drainage, and my eye lids are puffy.

Pain:    No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/23/2021 | 08:15 OAX | 97.5 | 36.4 | | Byrd, Brandon RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/23/2021 | 08:15 OAX | 74 | | | Byrd, Brandon RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/23/2021 | 08:15 OAX | 18 | Byrd, Brandon RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/23/2021 | 08:15 OAX | 132/74 | | | | Byrd, Brandon RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/23/2021 | 08:15 OAX | 98 | Room Air | Byrd, Brandon RN |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

**Eyes**

**Periorbital/Orbital/Lids**

Yes: Watery Discharge, Erythema, Swelling

No: Edema/Swelling

**Conjunctiva and Sclera**

Yes: Diffuse Redness

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Cardiovascular**

26

| | | | | |
|---|---|---|---|---|
| Inmate Name: BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
| Date of Birth: 03/07/1963 | Sex: M | Race: WHITE | Facility: | OAK |
| Encounter Date: 08/23/2021 08:15 | Provider: Byrd, Brandon RN | | Unit: | P02 |

**Observation**

Yes: Normal Rate

**ASSESSMENT:**

Other

Inmate reports irritation, swelling, and watery discharge x 3 months since starting glaucoma eye drops. At time of exam, mild irritation noted to bilateral lower eye lids, diffuse redness to bilateral sclera, no discharge noted.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/23/2021 | Counseling | Plan of Care | Byrd, Brandon | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Byrd, Brandon RN on 08/23/2021 08:23

Requested to be reviewed by Ardoin, Alicia FNP-C.

Review documentation will be displayed on the following page.

27

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: | M | Race: | WHITE |
| Encounter Date: | 08/23/2021 08:15 | Provider: | Byrd, Brandon RN | Facility: | OAK |

**Reviewed with New Encounter Note by Ardoin, Alicia FNP-C on 08/23/2021 09:07.**

28

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: | M    Race: WHITE | Facility: | OAK |
| Note Date: | 08/23/2021 09:07 | Provider: | Ardoin, Alicia FNP-C | Unit: | P02 |

Review Note - Document Review encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE   **1**        Provider:  Ardoin, Alicia FNP-C

        Nurse triage assessment reviewed, will schedule follow up with MLP.

Schedule:

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|
| Follow-up | 08/25/2021 07:30 | MLP 05 |
|    eye complaint | | |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Ardoin, Alicia FNP-C on 08/23/2021 09:07

29

### Bureau of Prisons
### Health Services
### Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BARRETT, JEREMY CARLTON | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex:   M   Race:   WHITE | Facility: | OAK |
| Encounter Date: | 08/24/2021 08:39 | Provider:   Barry, Timothy OD | Unit: | P02 |

Optometry - Optometry Exam encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1        Provider:  Barry, Timothy OD

Chief Complaint:   Eyes/Vision Problems

Subjective:   58  YO WM C/ DIA C/ HTN X P- MI X 2 YRS PRESENTS C/ BLURRED VA C/ SPECS.  X YRS.  RECENTLY DX'D C/ADVANCED  GLA BY OPHTHALMOLOGY ABOUT 5 MONTHS AGO. IS USING BRIMONIDINE TID OU.  NOT USING ANY OTHER GTTS

Pain:   No

**Vision Screen on 08/24/2021 08:**

Blindness:

| | | | | | |
|---|---|---|---|---|---|
| **Distance Vision:** | Right Eye: 20/20 | | Left Eye:  20/20 | | Both Eyes: |
| **Near Vision:** | Right Eye: | | Left Eye: | | Both Eyes: |

**With Corrective Lenses**

| | | | | | |
|---|---|---|---|---|---|
| **Distance Vision:** | Right Eye: | | Left Eye: | | Both Eyes: |
| **Near Vision:** | Right Eye: | | Left Eye: | | Both Eyes: |

**Present Glasses - Distance**              Refraction - Distance

| | Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|
| R: | | | | | R: | | | | |
| L: | | | | | L: | | | | |

**Color Test:**

**Tonometry:**   L:  12          R:  13

**Comments:**   TA AT: 8:35 AM

CCT: 566 / 586   THICKER THAN AVG. K'S OU.
PT. REPORTS THAT IOP'S WERE 19-20 PRIOR TO TX.

SPEC. RX. IS < 1 YR OLD.

**OBJECTIVE:**

**Exam:**

**Eyes**

**General**

Yes: PERRLA, Extraocular Movements Intact

**Visual Fields**

Yes: Normal Fields

**Conjunctiva and Sclera**

Yes: Conjunctival Injection

**Cornea and Lens**

Yes: Arcus

**Fundus Exam**

30

| Inmate Name: BARRETT, JEREMY CARLTON | | Reg #: 04807-095 |
|---|---|---|
| Date of Birth: 03/07/1963 | Sex: M   Race: WHITE | Facility: OAK |
| Encounter Date: 08/24/2021 08:39 | Provider: Barry, Timothy OD | Unit: P02 |

Yes: Grossly Normal Retina, Optic Nerve Head measured (Enter CD ratio: C/D: .75/.75 OD AND OS S/ HEMES, EDEMA NOR OTHER SIGNS OF RETINOPATHY.   NO DRANCE HEMES NOTED.)

**ASSESSMENT:**

Disorder of lacrimal system, H049 - Current

Essential (primary) hypertension, I10 - Current

Unspecified glaucoma, H409 - Current

**PLAN:**

**Disposition:**

Return Immediately if Condition Worsens
Return To Sick Call if Not Improving

**Other:**

1. RX. BRIMONIDINE OPH. SOLN. BID DOSING X 12 REFILLS.  STRESS COMPLIANCE C/ LAC. OCCLUSION X 3 MINUTES FOR PROTECTION VS. VISION LOSS.
2. STRESS WELLNESS PRACTICES AND RX COMPLIANCE C/ TX. / MEDS TX. VS. RISK OF LOV 2ND TO SYSTEMIC DZ.
3. REC. WARM COMPRESSES BID AND ARTIFICIAL TEARS 1 GT TID OU X 12 REFILLS.
4. SCH. OPTOMETRY EXAM IN 2 YRS. FOR CLEAR SCHEDULED BY HIT STAFF.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/24/2021 | Counseling | Access to Care | Barry, Timothy | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Barry, Timothy OD on 08/24/2021 09:09

Requested to be reviewed by  Ardoin, Alicia FNP-C.

Review documentation will be displayed on the following page.

31

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: | M   Race:  WHITE | Facility: | OAK |
| Encounter Date: | 08/24/2021 08:39 | Provider: | Barry, Timothy OD | Unit: | P02 |

Optometry - Optometry Exam encounter performed at Health Services.

**SUBJECTIVE:**

    COMPLAINT  **1**        Provider:  Barry, Timothy OD

    Chief Complaint:   Eyes/Vision Problems

    Subjective:    58  YO WM S/ DIA C/ HTN X P- MI X 2 YRS PRESENTS C/ BLURRED VA C/ SPECS.  X
                YRS.  RECENTLY DX'D C/ADVANCED  GLA BY OPHTHALMOLOGY ABOUT 5 MONTHS
                AGO.  PT IS USING BRIMONIDINE TID OU.  NOT USING ANY OTHER GTTS

    **Pain:**       No

**Vision Screen** on 08/24/2021 08

**Blindness:**

**Distance Vision:**   Right Eye: 20/20            Left Eye: 20/20            Both Eyes:

**Near Vision:**       Right Eye:                Left Eye:                Both Eyes:

**With Corrective Lenses**

**Distance Vision:**   Right Eye:                Left Eye:                Both Eyes:

**Near Vision:**       Right Eye:                Left Eye:                Both Eyes:

**Present Glasses - Distance**                        **Refraction - Distance**

| | Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|
| R: | | | | | R: | | | | |
| L: | | | | | L: | | | | |

**Color Test:**

**Tonometry:**   L:  12         R:  13

**Comments:**   TA AT: 8:35 AM

            CCT:  566 / 586   THICKER THAN AVG. K'S OU.
            PT. REPORTS THAT IOP'S WERE 19-20 PRIOR TO TX.

            SPEC. RX. IS < 1 YR OLD.

**OBJECTIVE:**

**Exam:**

    **Eyes**

        **General**

            Yes: PERRLA, Extraocular Movements Intact

        **Visual Fields**

            Yes: Normal Fields

        **Conjunctiva and Sclera**

            Yes: Conjunctival Injection

        **Cornea and Lens**

            Yes: Arcus

        **Fundus Exam**

32

| Inmate Name: BARRETT, JEREMY CARLTON | | | Reg #: 04807-095 |
|---|---|---|---|
| Date of Birth: 03/07/1963 | Sex: M | Race: WHITE | Facility: OAK |
| Encounter Date: 08/24/2021 08:39 | Provider: Barry, Timothy OD | | Unit: P02 |

Yes: Grossly Normal Retina, Optic Nerve Head measured (Enter CD ratio: C/D: .75/.75 OD AND OS S/ HEMES, EDEMA NOR OTHER SIGNS OF RETINOPATHY.   NO DRANCE HEMES NOTED.)

**ASSESSMENT:**

Disorder of lacrimal system, H049 - Current

Essential (primary) hypertension, I10 - Current

Unspecified glaucoma, H409 - Current

**PLAN:**

**Disposition:**
    Return Immediately if ___ Worsens
    Return To Sick Call if Not Impr___

**Other:**
    1.  RX. BRIMONIDINE OPH. SOL___ID DOSING X 12 REFILLS.  STRESS COMPLIANCE C/ LAC. OCCLUSION X 3 MINUTES FOR PROTECTION VS. VISION LOSS.
    2.  STRESS WELLNESS PRACTICES AN___ COMPLIANCE C/ TX. / MEDS TX. VS. RISK OF LOV 2ND TO SYSTEMIC DZ.
    3.  REC. WARM COMPRESSES BID AND ART___ TEARS 1 GT TID OU X 12 REFILLS.
    4.  SCH. OPTOMETRY EXAM IN 2 YRS. FOR C___CHEDULED BY HIT STAFF.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/24/2021 | Counseling | Access to Care | Barry, Timothy | Verbalizes Understanding |

**Copay Required:** No                **Cosign Required:** No
**Telephone/Verbal Order:**  No

Completed by Barry, Timothy OD on 08/24/2021 09:09
Requested to be reviewed by  Ardoin, Alicia FNP-C.

Review documentation will be displayed on the following page.

33

# Bureau of Prisons
# Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: | M | Race: | WHITE |
| Encounter Date: | 08/24/2021 08:39 | Provider: | Barry, Timothy OD | Facility: | OAK |

**Reviewed by Ardoin, Alicia FNP-C on 08/24/2021 09:23.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name:  BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
| Date of Birth:  03/07/1963 | Sex: | M   Race:  WHITE | Facility: | OAK |
| Encounter Date: 08/24/2021 09:10 | Provider: | Barry, Timothy OD | Unit: | P02 |

Optometry - Optometry Exam encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1        Provider:  Barry, Timothy OD

Chief Complaint:    Eyes/Vision Problems
Subjective:    58  YO WM S/ DIA C/ HTN X P- MI X 2 YRS PRESENTS C/ BLURRED VA C/ SPECS.  X
YRS.  RECENTLY DX'D C/ADVANCED  GLA BY OPHTHALMOLOGY ABOUT 5 MONTHS
AGO... PT. IS USING BRIMONIDINE TID OU.  NOT USING ANY OTHER GTTS
Pain:    No

**OBJECTIVE:**

**Exam:**

**Eyes**

**General**

Yes: PERRLA, Extraocular Movements Intact

**Visual Fields**

Yes: Normal Fields

**Conjunctiva and Sclera**

Yes: Conjunctival Injection

**Cornea and Lens**

Yes: Arcus

**Fundus Exam**

Yes: Grossly Normal Retina, Optic Nerve Head measured

**ASSESSMENT:**

Disorder of lacrimal system, H049 - Current

Essential (primary) hypertension, I10 - Current

Unspecified glaucoma, H409 - Current

**PLAN:**

**Other:**

1.  RX. BRIMONIDINE OPH. SOLN. AT TID DOSING X 12 REFILLS.  STRESS COMPLIANCE C/ LAC. OCCLUSION
X 3 MINUTES FOR PROTECTION VS. VISION LOSS.
2.  STRESS WELLNESS PRACTICES AND REC. COMPLIANCE C/ TX. / MEDS TX. VS. RISK OF LOV 2ND TO
SYSTEMIC DZ.
3.  REC. WARM COMPRESSES BID AND ARTIFICIAL TEARS 1 GT TID OU X 12 REFILLS.
4.  SCH. OPTOMETRY EXAM IN 2 MONTHS. FOR IOP AND OC. ALLERGY CHK.  AS SCHEDULED BY HIT
STAFF.

**Copay Required:** No        **Cosign Required:**  No
**Telephone/Verbal Order:**  No

35

| | | |
|---|---|---|
| Inmate Name:   BARRETT, JEREMY CARLTON | | Reg #:   04807-095 |
| Date of Birth:   03/07/1963 | Sex:   M   Race:   WHITE | Facility:   OAK |
| Encounter Date:  08/24/2021 09:10 | Provider:  Barry, Timothy OD | Unit:   P02 |

Completed by Barry, Timothy OD on 08/24/2021 09:14

Requested to be reviewed by  Ardoin, Alicia FNP-C.

Review documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**See Amendment**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: | M | Race: | WHITE |
| Encounter Date: | 08/24/2021 09:10 | | | Facility: | OAK |

**Amendment made to this note by Barry, Timothy OD on 08/24/2021 09:14.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: | M | Race: | WHITE |
| Encounter Date: | 08/24/2021 09:10 | Provider: | Barry, Timothy OD | Facility: | OAK |

**Reviewed by Ardoin, Alicia FNP-C on 08/24/2021 09:26.**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BARRETT, JEREMY CARLTON | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex:     M     Race: WHITE | Facility: | OAK |
| Note Date: | 09/02/2021 11:43 | Provider:   Griffin, Richard MD/CD | Unit: | P02 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE   1          Provider:  Griffin, Richard MD/CD

       transcribing orders

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Tears, Artificial  Ophth Soln 1.4%(polyvinyl) | 09/02/2021 11:43 |

    **Prescriber Order:**     1 drop In Affected Eye(s) Both Eyes -  three times a day x 180 day(s)

    Indication:  Disorder of lacrimal system

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 289296-OAX | Brimonidine Tartrate Ophth 0.2 % sol [5ml] | 09/02/2021 11:43 |

    **Prescriber Order:**     Instill 1 drop in both eyes three times daily for 30 days x 180 day(s)

    Indication:  Unspecified glaucoma

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Griffin, Richard MD/CD on 09/02/2021 11:46
Requested to be reviewed by  Ardoin, Alicia FNP-C.

Review documentation will be displayed on the following page.

39

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: | M | Race: | WHITE |
| Encounter Date: | 09/02/2021 11:43 | Provider: | Griffin, Richard MD/CD | Facility: | OAK |

**Reviewed by Ardoin, Alicia FNP-C on 09/02/2021 13:13.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: | M    Race:WHITE | Facility: | OAK |
| Note Date: | 09/08/2021 09:10 | Provider: | Moody, Rashauna | Unit: | P02 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Moody, Rashauna APRN, ANP-BC
Offsite med-trip for MRI. Place in SHU after 9PM count on 9/21/21, NPO for 9/22/21. Current GFR required for MRI.  COVID-19 testing is not required for med-trip; verified by administration.

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-Basic Metabolic Profile (BMP) | One Time | 09/15/2021 00:00 | Routine |
| Labs requested to be reviewed by: | Griffin, Richard MD/CD | | |
| Lab results requested to be notified to: | Ardoin, Alicia FNP-C | | |

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Procedure Prep/NPO | One Time | | Place in SHU after 9PM count on 9/21/21, NPO for 9/22/21. | Moody, Rashauna APRN, ANP-BC |

Order Date:        09/08/2021

Diet Orders:

| Start Date | | Expiration Date |
|---|---|---|
| 09/22/2021 | Other - Place in SHU after 9PM count on 9/21/21, NPO for 9/22/21. | 09/22/2021 |

**Copay Required:** No              **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Moody, Rashauna APRN, ANP-BC on 09/08/2021 09:15
Requested to be reviewed by  Ardoin, Alicia FNP-C.

Review documentation will be displayed on the following page.

41

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: | M | Race: | WHITE |
| Encounter Date: | 09/08/2021 09:10 | Provider: | Moody, Rashauna | Facility: | OAK |

**Reviewed by Ardoin, Alicia FNP-C on 09/08/2021 10:14.**

42

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name:  BARRETT, JEREMY CARLTON | | Reg #: | 04807-095 |
| Date of Birth:  03/07/1963 | Sex:   M   Race:  WHITE | Facility: | OAK |
| Encounter Date:  09/10/2021 07:34 | Provider:  McMickin, Joey D RN | Unit: | P02 |

Nursing - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**       Provider:  McMickin, Joey D RN

Chief Complaint:     Eyes/Vision Problems
Subjective:     "My eyes have been irritated since using the Brimonidine eye drops."
**Pain:**     No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 09/10/2021 | 07:36 OAX | 97.1 | 36.2 | | McMickin, Joey D RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/10/2021 | 07:36 OAX | 76 | | | McMickin, Joey D RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 09/10/2021 | 07:36 OAX | 18 | McMickin, Joey D RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/10/2021 | 07:36 OAX | 135/77 | | | | McMickin, Joey D RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 09/10/2021 | 07:36 OAX | 99 | | McMickin, Joey D RN |

**Exam:**

**General**
**Affect**
Yes: Pleasant, Cooperative
**Appearance**
Yes: Appears Well, Alert and Oriented x 3
**Pulmonary**
**Observation/Inspection**
Yes: Within Normal Limits
**Cardiovascular**
**Observation**
Yes: Within Normal Limits

**ASSESSMENT:**

Other
States eyes are constantly irritated and red since using Brimonidine eye drops. Also states having drainage with eyelids

43

| | | | | |
|---|---|---|---|---|
| Inmate Name:  BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
| Date of Birth:  03/07/1963 | Sex: M | Race: WHITE | Facility: | OAK |
| Encounter Date: 09/10/2021 07:34 | Provider: | McMickin, Joey D RN | Unit: | P02 |

stuck closed in the mornings, has been using artificial tears as well but not helping and has been having sores in the corners of his eyes. MLP to review and schedule follow up accordingly.

**PLAN:**

**Disposition:**

To be Evaluated by Provider
Will Be Placed on Callout

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/10/2021 | Counseling | Plan of Care | McMickin, Joey | Verbalizes Understanding |

**Copay Required:** Yes       **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by McMickin, Joey D RN on 09/10/2021 07:44

Requested to be reviewed by Ardoin, Alicia FNP-C.

Review documentation will be displayed on the following page.

44

# Bureau of Prisons
## Health Services
### Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 | |
| Date of Birth: | 03/07/1963 | Sex: | M | Race: | WHITE | |
| Encounter Date: | 09/10/2021 07:34 | Provider: | McMickin, Joey D RN | Facility: | OAK | |

**Reviewed with New Encounter Note by Ardoin, Alicia FNP-C on 09/10/2021 07:54.**

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: | M    Race: WHITE | Facility: | OAK |
| Note Date: | 09/10/2021 07:54 | Provider: | Ardoin, Alicia FNP-C | Unit: | P02 |

Review Note - Document Review encounter performed at Health Services.
**Administrative Notes:**

 ADMINISTRATIVE NOTE   **1**         Provider:  Ardoin, Alicia FNP-C
    Nurse triage assessment reviewed, will schedule follow up with MLP.


**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Ardoin, Alicia FNP-C on 09/10/2021 07:54

*46*

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BARRETT, JEREMY CARLTON | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: M Race: WHITE | Facility: | OAK |
| Encounter Date: | 09/15/2021 09:23 | Provider: Ardoin, Alicia FNP-C | Unit: | P02 |

Chronic Care - Advanced Practice Provider Follow Up encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**      Provider:  Ardoin, Alicia FNP-C

Chief Complaint:  CARDIAC

Subjective:   Inmate has a history of cardiovascular disease. Currently taking aspirin, atorvastatin, nitroglycerin. Inmate states "I take my medicines".

Pain:   No

COMPLAINT **2**      Provider:  Ardoin, Alicia FNP-C

Chief Complaint:  HYPERTENSION

Subjective:   Inmate reports history of hypertension, currently taking metoprolol. Inmate states "I take my medicines".

Pain:   No

COMPLAINT **3**      Provider:  Ardoin, Alicia FNP-C

Chief Complaint:  ORTHOPEDIC/RHEUMATOLOGY

Subjective:   Inmate has a history of left shoulder pain/recent surgery. Not currently taking any medications for pain. Inmate states "It's doing ok".

Pain:   No

COMPLAINT **4**      Provider:  Ardoin, Alicia FNP-C

Chief Complaint:  GENERAL

Subjective:   Inmate reports history of glaucoma. Currently prescribed brimonidine. Patient states "I stopped the drops. They were causing sores in my eyes so I stopped them to let my eyes heal up". Reports chronic irritation, itching, and sores since starting brimonidine. Seen by optometry and they recommended adding artificial tears. Patient started these drops but did not see any improvement; therefore he stopped all drops completely. Eyes are now much better. Denies any wounds or irritation at this time.

Pain:   No

**Seen for clinic(s):** Cardiac, Hypertension, Orthopedic/Rheumatology

ROS:

**General**
> **Constitutional Symptoms**
>> No: Easily Tired, Fatigue, Fever, Weakness

**Integumentary**
> **Skin**
>> No: Rashes, Sores that won't heal

**HEENT**
> **Ears**
>> Yes: Within Normal Limits
>
> **Eyes**
>> Yes: Hx Glaucoma
>> No: Discharge/Matting, Inflammation, Itching, Pain, Redness, Visual Loss

**Cardiovascular**
> **General**

47

| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
|---|---|---|---|---|---|
| Date of Birth: | 03/07/1963 | Sex: | M    Race:  WHITE | Facility: | OAK |
| Encounter Date: | 09/15/2021 09:23 | Provider: | Ardoin, Alicia FNP-C | Unit: | P02 |

Yes: Hx Hypertension, Hx of Heart Disease, Hx of Hyperlipidemia

No: Angina, Edema

**Pulmonary**

**Respiratory System**

No: Cough - Dry, DOE, Hx Asthma

**GI**

**General**

Yes: Within Normal Limits

**GU**

**General**

Yes: Within Normal Limits

**Musculoskeletal**

**General**

No: Gait Abnormality

**Endocrine**

**General**

Yes: Within Normal Limits

No: Hair Changes, Hx of Diabetes, Hx of Thyroid Dx

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 09/15/2021 | 09:32 OAX | 97.6 | 36.4 | | Ardoin, Alicia FNP-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/15/2021 | 09:32 OAX | 66 | | | Ardoin, Alicia FNP-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 09/15/2021 | 09:32 OAX | 18 | Ardoin, Alicia FNP-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/15/2021 | 09:32 OAX | 130/85 | | | | Ardoin, Alicia FNP-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 09/15/2021 | 09:32 OAX | 99 | Room Air | Ardoin, Alicia FNP-C |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 09/15/2021 | 09:32 OAX | 73.0 | 185.4 | Ardoin, Alicia FNP-C |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 09/15/2021 | 09:32 OAX | 172.0 | 78.0 | | Ardoin, Alicia FNP-C |

**Exam:**

**General**

48

| | |
|---|---|
| Inmate Name:  BARRETT, JEREMY CARLTON | Reg #:  04807-095 |
| Date of Birth:  03/07/1963            Sex:   M   Race:  WHITE | Facility:  OAK |
| Encounter Date:  09/15/2021 09:23       Provider:  Ardoin, Alicia FNP-C | Unit:   P02 |

**Affect**

    Yes: Cooperative

**Appearance**

    Yes: Appears Well, Alert and Oriented x 3

    No: Disheveled, Unkempt, Acutely Ill

**Skin**

**General**

    Yes: Dry, Skin Intact

**Eyes**

**General**

    Yes: PERRLA, Extraocular Movements Intact

**Conjunctiva and Sclera**

    Yes: Within Normal Limits

    No: Conjunctival Injection, Diffuse Redness, Discharge, Mucoid Discharge, Purulent Discharge, Watery Discharge, Subconjunctival Hemorrhage

**Pulmonary**

**Auscultation**

    Yes: Clear to Auscultation, Vesicular Breath Sounds Bilaterally

    No: Crackles, Rhonchi, Wheezing

**Cardiovascular**

**Auscultation**

    Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

**Musculoskeletal**

**Gait**

    Yes: Normal Gait

**Comments**

58 year old male with history of hypertension, coronary artery disease, chronic left shoulder pain, and glaucoma. Patient had a history of coronary artery stenting done in 2019. Patient recently underwent left shoulder repair of supraspinatus, infraspinatus, and dissection of ACJ osteophyte on 7/27/2021. Patient is doing well post op. Recently had irritation of bilateral eyes. Seen by optometry on 8/24/2021 and recommended artificial tears. Patient after starting artificial tears, his eyes continued to get worse; therefore, he stopped all drops. Reports his eyes are much better now. Will reintroduce brimonidine drops and see if he is able tolerate them. He does have a follow up with optometry and an outside consult with the ophthalmologist.

Chart Review:
Hypertension CCC:
BMI: 22.7
EKG: 7/21/21
Chest Xray: 7/21/21
BUN/Creat/GFR: 7/21/21
Lipid: 2/10/21
CBC: 7/21/21
UA: 2/10/21
DFE: 8/24/21
Flu: 5/3/21
PCV23:  REFUSED 3/3/21
Dental: 5/12/21

49

| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
|---|---|---|---|---|---|
| Date of Birth: | 03/07/1963 | Sex: | M   Race: WHITE | Facility: | OAK |
| Encounter Date: | 09/15/2021 09:23 | Provider: | Ardoin, Alicia FNP-C | Unit: | P02 |

Cardiac CCC:
CBC: 7/21/21
LIPID: 2/10/21
Creat/GFR: 7/21/21
EKG: 7/21/21
FLU Vaccine: 10/13/20 REFUSED
PCV23: REFUSED 3/3/21

## ASSESSMENT:

Essential (primary) hypertension, I10 - Current - *Stable, continue current plan of care*

Pain in unspecified joint, M2550 - Current - *Surgery completed. Inmate performing self rehab with exercises given by orthopedic surgeon.*

Unspecified glaucoma, H409 - Current - *Open Angle, seen by ophthalmology 4/30/21. New on Brimonidine drops, FU 3 months. Consult scheduled.*

## PLAN:

### Renew Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| 289294-OAX | Aspirin 81 MG EC Tab | 09/15/2021 09:23 |
| | **Prescriber Order:**   Take one tablet (81 MG) by mouth each day x 180 day(s) | |
| | Indication:   Coronary angioplasty status | |
| 289295-OAX | Atorvastatin 40 MG TAB | 09/15/2021 09:23 |
| | **Prescriber Order:**   Take one tablet (40 MG) by mouth each evening x 180 day(s) | |
| | Indication:   Coronary angioplasty status | |
| 293429-OAX | Brimonidine Tartrate Ophth 0.2 % Sol [10ml] | 09/15/2021 09:23 |
| | **Prescriber Order:**   Instill 1 drop three times daily for 30 days x 168 day(s) | |
| | Indication:   Unspecified glaucoma | |
| 289297-OAX | Metoprolol Tartrate  25 MG Tab | 09/15/2021 09:23 |
| | **Prescriber Order:**   Take one-half (1/2) tablet (12.5 MG) by mouth twice daily with food x 180 day(s) | |
| | Indication:   Coronary angioplasty status | |
| 289298-OAX | Nitroglycerin SL 0.4 MG Tab [25 count] | 09/15/2021 09:23 |
| | **Prescriber Order:**   Place 1 tab under the tongue for chest pain-may repeat every 5 min x 2 more if needed. If no relief, contact medical staff PRN x 180 day(s) | |
| | Indication:   Coronary angioplasty status | |
| 292799-OAX | Tears, Artificial (Polyvinyl Alcohol 1.4 %) 15ML | 09/15/2021 09:23 |
| | **Prescriber Order:**   Instill 1 drop in both eyes three times daily x 180 day(s) | |
| | Indication:   Disorder of lacrimal system | |

### New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC w/diff | One Time | 01/19/2022 00:00 | Routine |
| Lab Tests - Short List-General-Hep B surface Ab | | | |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |
| Lab Tests - Short List-General-PSA, Total | | | |
| Lab Tests - Short List-General-RPR | | | |

50

| Inmate Name: | BARRETT, JEREMY CARLTON | | | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: | M | Race: WHITE | Facility: | OAK |
| Encounter Date: | 09/15/2021 09:23 | Provider: | Ardoin, Alicia FNP-C | | Unit: | P02 |

Lab Tests - Short List-General-HIV 1/2
Lab Tests - Short List-General-T4, Free
Lab Tests - Short List-General-Hep C Ab
Lab Tests - Short List-General-Microalbumin &
Creatinine, Urine Random
Lab Tests - Short List-General-Comprehensive
Metabolic Profile (CMP)
    Labs requested to be reviewed by:    Griffin, Richard MD/CD

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Other:**

Please review for addition to General Clinic for Glaucoma

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
| --- | --- | --- | --- | --- |
| 09/15/2021 | Counseling | Plan of Care | Ardoin, Alicia | Verbalizes Understanding |

**Copay Required:** No    **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Ardoin, Alicia FNP-C on 09/15/2021 12:25
Requested to be cosigned by Griffin, Richard MD/CD.
Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: | M | Race: | WHITE |
| Encounter Date: | 09/15/2021 09:23 | Provider: | Ardoin, Alicia FNP-C | Facility: | OAK |

**Cosigned with New Encounter Note by Griffin, Richard MD/CD on 09/15/2021 12:38.**

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: BARRETT, JEREMY CARLTON | | Reg #: | 04807-095 |
| Date of Birth: 03/07/1963 | Sex: M   Race: WHITE | Facility: | OAK |
| Encounter Date: 09/17/2021 13:25 | Provider: Griffin, Richard MD/CD | Unit: | P02 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1     Provider:  Griffin, Richard MD/CD

Chief Complaint:  CARDIAC
Subjective:  Cardiac i have a coronary stent from 2019, i feel good, no chest pain
Glaucoma i have conjunctivitis from the brimonidine, i stopped the meds a few days, on
medical advice, and am
better, i have a new bottle to start on 9-20
Eosinophil esophagitis i feel good, the meds are working
HTN i take it
Ortho the left shoulder i am still slinging it and daily self rehab, it feels better.
Pain:  No

**Seen for clinic(s):** Cardiac, General, Hypertension, Orthopedic/Rheumatology

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 09/17/2021 | 13:28 OAX | 97.6 | 36.4 | Oral | Griffin, Richard MD/CD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/17/2021 | 13:28 OAX | 72 | | | Griffin, Richard MD/CD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/17/2021 | 13:28 OAX | 136/87 | | | | Griffin, Richard MD/CD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 09/17/2021 | 13:28 OAX | 99 | Room Air | Griffin, Richard MD/CD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 09/17/2021 | 13:28 OAX | 172.0 | 78.0 | | Griffin, Richard MD/CD |

**Exam:**
**General**
**Affect**
Yes: Cooperative
**Appearance**
Yes: Appears Well
**Skin**
**General**
Yes: Within Normal Limits
**Head**

53

| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
|---|---|---|---|---|---|
| Date of Birth: | 03/07/1963 | Sex: | M   Race:  WHITE | Facility: | OAK |
| Encounter Date: | 09/17/2021 13:25 | Provider: | Griffin, Richard MD/CD | Unit: | P02 |

**General**
> Yes: Symmetry of Motor Function

**Eyes**
> **General**
>> Yes: PERRLA, Extraocular Movements Intact
>
> **Periorbital/Orbital/Lids**
>> Yes: Normal Appearing
>
> **Conjunctiva and Sclera**
>> Yes: Within Normal Limits

**Neck**
> **Thyroid**
>> Yes: Within Normal Limits

**Pulmonary**
> **Auscultation**
>> Yes: Clear to Auscultation

**Cardiovascular**
> **Auscultation**
>> Yes: Regular Rate and Rhythm (RRR)

**Peripheral Vascular**
> **General**
>> Yes: Within Normal Limits
>> No: Non-Pitting Edema, Pitting Edema

**Abdomen**
> **Palpation**
>> Yes: Soft

**Musculoskeletal**
> **Spine-Lumbar**
>> Yes: Normal Exam, Full Range of Motion

**Neurologic**
> **Cranial Nerves (CN)**
>> Yes: CN 2-12 Intact Grossly
>
> **Coordination - Gait**
>> Yes: Normal Gait
>
> **Coordination - Stance**
>> Yes: Normal Stance
>
> **DTR Biceps C5/C6**
>> Yes: 2+ Normal Reflex
>
> **DTR Brachioradialis C5/C6**
>> Yes: 2+ Normal Reflex
>
> **DTR Patellar L2/L3/L4**
>> Yes: 2+ Normal Reflex

**Mental Health**
> **Posture**
>> Yes: Within Normal Limits

54

| Inmate Name:  BARRETT, JEREMY CARLTON | | |
|---|---|---|
| Date of Birth:   03/07/1963 | Sex:      M    Race:  WHITE | Reg #:    04807-095 |
| Encounter Date:  09/17/2021 13:25 | Provider:  Griffin, Richard MD/CD | Facility:  OAK |
| | | Unit:      P02 |

**Grooming/Hygiene**

Yes: Within Normal Limits

**Affect**

Yes: Appropriate

**Mood**

Yes: Appropriate

**Comments**

ASSESS PLAN
Cardiac coronary stent 2019, at goal
Glaucoma adverse effect due brimonidine, called ophthalmology for a change
Eosinophil esophagitis at goal, continue meds
HTN at goal
Ortho the left shoulder continue protective sling and daily self rehab

**ASSESSMENT:**

Chest pain, unspecified, R079 - Current

Dysphagia, unspecified, R1310 - Current

Essential (primary) hypertension, I10 - Current

Gastro-esophageal reflux disease with esophagitis, without bleeding, K2100 - Current

Pain in unspecified joint, M2550 - Current

Unspecified glaucoma, H409 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Timolol Maleate Ophth Solution 0.5% | 09/17/2021 13:25 |

**Prescriber Order:**     1 qtt In Affected Eye(s) Both Eyes -   Two Times a Day x 180 day(s)

Indication:  Unspecified glaucoma

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 293589-OAX | *Brimonidine Tartrate Ophth 0.2 % Sol [10ml]* | *09/17/2021 13:25* |

**Prescriber Order:**    *Instill 1 drop three times daily for 30 days*

Discontinue Type:    *When Pharmacy Processes*

Discontinue Reason:  *Adverse Drug Reaction (ADR)*

Indication:

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC | One Time | 09/05/2022 00:00 | Routine |
| Lab Tests - Short List-General-Hep B surface Ag | | | |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests - Short List-General-PSA, Total | | | |
| Lab Tests - Short List-General-RPR | | | |
| Lab Tests - Short List-General-HIV 1/2 | | | |
| Lab Tests - Short List-General-T4, Free | | | |
| Lab Tests - Short List-General-Hep C Ab | | | |

55

| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
|---|---|---|---|---|---|
| Date of Birth: | 03/07/1963 | Sex: | M   Race: WHITE | Facility: | OAK |
| Encounter Date: | 09/17/2021 13:25 | Provider: | Griffin, Richard MD/CD | Unit: | P02 |

Lab Tests - Short List-General-Microalbumin &
Creatinine, Urine Random
Lab Tests - Short List-General-Comprehensive
Metabolic Profile (CMP)
Lab Tests - Short List-General-Magnesium
    Labs requested to be reviewed by:      Ardoin, Alicia FNP-C

**Disposition:**

Follow-up at Chronic Care Clinic as Needed

**Other:**

lower bunk restriction due shoulder

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/17/2021 | Counseling | Compliance - Treatment | Griffin, Richard | Verbalizes Understanding |
| 09/17/2021 | Counseling | Plan of Care | Griffin, Richard | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Griffin, Richard MD/CD on 09/17/2021 13:38

Requested to be reviewed by  Ardoin, Alicia FNP-C.

Review documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | BARRETT, JEREMY CARLTON | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex:  M   Race:  WHITE | Facility:  OAK |
| Encounter Date: | 09/22/2021 10:45 | Provider:  Ardoin, Alicia FNP-C | Unit:  P02 |

Mid Level Provider - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1        Provider:  Ardoin, Alicia FNP-C

Chief Complaint:   Medical Trip Return

Subjective:      "I had a MRI". Inmate here for med trip return.

Pain:       No

**ROS:**

**General**

**Constitutional Symptoms**

No: Easily Tired, Fatigue, Fever, Weakness

**Integumentary**

**Skin**

No: Rashes, Sores that won't heal

**Cardiovascular**

**General**

No: Angina, Edema

**Pulmonary**

**Respiratory System**

No: Cough - Dry

**Musculoskeletal**

**General**

No: Gait Abnormality

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 09/22/2021 | 10:45 OAX | 97.5 | 36.4 | | Byrd, Brandon RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/22/2021 | 10:45 OAX | 72 | | | Byrd, Brandon RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 09/22/2021 | 10:45 OAX | 18 | Byrd, Brandon RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/22/2021 | 10:45 OAX | 124/76 | | | | Byrd, Brandon RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|

57

| | | | | |
|---|---|---|---|---|
| Inmate Name:  BARRETT, JEREMY CARLTON | | | | Reg #:   04807-095 |
| Date of Birth:   03/07/1963 | | Sex:   M   Race:  WHITE | | Facility:  OAK |
| Encounter Date:  09/22/2021 10:45 | | Provider:  Ardoin, Alicia FNP-C | | Unit:   P02 |

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 09/22/2021 | 10:45 OAX | 100 | Room Air | Byrd, Brandon RN |

Exam:

**General**

  **Affect**

      Yes: Cooperative

  **Appearance**

      Yes: Appears Well, Alert and Oriented x 3

      No: Unkempt, Acutely Ill

**Skin**

  **General**

      Yes: Dry, Skin Intact

**Cardiovascular**

  **Observation**

      Yes: Within Normal Limits

**Comments**

  ****NO documentation returned with inmate.

**ASSESSMENT:**

Unspecified glaucoma, H409 - Current - *Open Angle, seen by ophthalmology 4/30/21. New on Brimonidine drops, FU 3 months. Consult scheduled. MRI done today. Await results.*

**PLAN:**

**Disposition:**

  Follow-up at Sick Call as Needed

  Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/22/2021 | Counseling | Plan of Care | Ardoin, Alicia | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Ardoin, Alicia FNP-C on 09/22/2021 10:48

*Exhibit B*

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name:  BARRETT, JEREMY CARLTON | | Reg #:  04807-095 |
| Date of Birth:  03/07/1963 | Sex:     M     Race:  WHITE | Facility:  OAK |
| Encounter Date: 09/30/2021 13:33 | Provider:  Barry, Timothy OD | Unit:  P02 |

Optometry - Optometry Exam encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT  1          Provider:  Barry, Timothy OD

Chief Complaint:  Eyes/Vision Problems

Subjective:      58 Y.O. WM. C/ H/O ADVANCED GLA. PRESENTS FOR IOP CK. P- CHANGING GTTS
                 FROM BRIMONIDINE TO .5% TIMOLOL BID OU. .. PT. REPORTS IMPROVED COMFORT
                 AND APPEARANCE OF OU C/ NEW MEDS.
                 PT. DENIES HX. OF ASTHMA, EMPHYSEMA NOR ASTHMA AND DIABETES.

Pain:            No

### Vision Screen on 09/30/2021 13:34

**Blindness:**

| **Distance Vision:** | Right Eye: | Left Eye: | Both Eyes: |
|---|---|---|---|
| **Near Vision:** | Right Eye: | Left Eye: | Both Eyes: |

**With Corrective Lenses**

| **Distance Vision:** | Right Eye: | Left Eye: | Both Eyes: |
|---|---|---|---|
| **Near Vision:** | Right Eye: | Left Eye: | Both Eyes: |

**Present Glasses - Distance**                          **Refraction - Distance**

| | Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|
| R: | | | | | R: | | | | |
| L: | | | | | L: | | | | |

**Color Test:**

**Tonometry:**  L:  11      R:  11

**Comments:**  TA AT: 1:38 PM.

SLE:  TISSUES CLEAR VS. PREV. EXAM.

## OBJECTIVE:

## ASSESSMENT:

Essential (primary) hypertension, I10 - Current

Unspecified glaucoma, H409 - Current

## PLAN:

**Disposition:**
   Return Immediately if Condition Worsens
   Return To Sick Call if Not Improved

**Other:**
   1.  STRESS COMPL. C/ GLA TX. VS. GLA RISK OF LOV./  CONTINUE RX OF .5% TIMOLOL OPH. SOLN 1 GT OU
   BID X 12 REFILLS.

59

| | | | |
|---|---|---|---|
| Inmate Name:   BARRETT, JEREMY CARLTON | | | Reg #:   04807-095 |
| Date of Birth:   03/07/1963 | Sex:   M   Race:   WHITE | | Facility:   OAK |
| Encounter Date:   09/30/2021 13:33 | Provider:   Barry, Timothy OD | | Unit:   P02 |

2. SCH. 6 MONTH IOP CK. BY OPTOMETRTY/ OPHTHALMOLOGY.  AS SCHEDULED BY HIT STAFF.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/30/2021 | Counseling | Access to Care | Barry, Timothy | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Barry, Timothy OD on 09/30/2021 13:40

Requested to be reviewed by  Ardoin, Alicia FNP-C.

Review documentation will be displayed on the following page.

60

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: | M | Race: | WHITE |
| Encounter Date: | 09/30/2021 13:33 | Provider: | Barry, Timothy OD | Facility: | OAK |

**Reviewed by Ardoin, Alicia FNP-C on 09/30/2021 13:41.**

61

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BARRETT, JEREMY CARLTON | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex:     M     Race:   WHITE | Facility: | OAK |
| Encounter Date: | 12/08/2021 12:20 | Provider:  Byrd, Brandon RN | Unit: | P02 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT   1          Provider:   Byrd, Brandon RN

Chief Complaint:   No Complaint(s)

Subjective:      I went to the eye doctor. He said to continue the drops.

**Pain:**          No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/08/2021 | 12:20 OAX | 97.4 | 36.3 | | Byrd, Brandon RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/08/2021 | 12:20 OAX | 61 | | | Byrd, Brandon RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/08/2021 | 12:20 OAX | 18 | Byrd, Brandon RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/08/2021 | 12:20 OAX | 140/70 | | | | Byrd, Brandon RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/08/2021 | 12:20 OAX | 99 | Room Air | Byrd, Brandon RN |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Cardiovascular**

**Observation**

Yes: Within Normal Limits

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

Inmate return from outside medical trip, with no return paperwork noted. Inmate has no complaints. Inmate seen by

62

| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
|---|---|---|---|---|---|
| Date of Birth: | 03/07/1963 | Sex: | M   Race:   WHITE | Facility: | OAK |
| Encounter Date: | 12/08/2021 12:20 | Provider: | Byrd, Brandon RN | Unit: | P02 |

primary provider on return.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/08/2021 | Counseling | Plan of Care | Byrd, Brandon | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Byrd, Brandon RN on 12/08/2021 12:23

Requested to be reviewed by  Ardoin, Alicia FNP-C.

Review documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BARRETT, JEREMY CARLTON | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: M  Race: WHITE | Facility: | OAK |
| Encounter Date: | 12/08/2021 12:22 | Provider: Ardoin, Alicia FNP-C | Unit: | P02 |

Mid Level Provider - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1    Provider:  Ardoin, Alicia FNP-C

Chief Complaint:   Medical Trip Return
Subjective:   "He said everything looked ok and to keep using the drops". Inmate being seen after returning
from ophthalmology follow up.
Pain:   No

**ROS:**

**General**
**Constitutional Symptoms**
No: Easily Tired, Fatigue, Fever
**Integumentary**
**Skin**
No: Rashes, Sores that won't heal
**HEENT**
**Eyes**
Yes: Hx Glaucoma
**Cardiovascular**
**General**
No: Angina
**Pulmonary**
**Respiratory System**
No: Cough - Dry

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/08/2021 | 12:20 OAX | 97.4 | 36.3 | | Byrd, Brandon RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/08/2021 | 12:20 OAX | 61 | | | Byrd, Brandon RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/08/2021 | 12:20 OAX | 18 | Byrd, Brandon RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/08/2021 | 12:20 OAX | 140/70 | | | | Byrd, Brandon RN |

**SaO2:**

64

Inmate Name:   BARRETT, JEREMY CARLTON
Date of Birth:   03/07/1963                          Sex:       M     Race:   WHITE          Reg #:      04807-095
Encounter Date:  12/08/2021 12:22                  Provider:  Ardoin, Alicia FNP-C          Facility:   OAK
                                                                                            Unit:       P02

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 12/08/2021 | 12:20 OAX | 99 | Room Air | Byrd, Brandon RN |

**Exam:**

**General**

    **Affect**

        Yes: Cooperative

    **Appearance**

        Yes: Appears Well, Alert and Oriented x 3

        No: Unkempt, Acutely Ill

**Skin**

    **General**

        Yes: Dry, Skin Intact

**Pulmonary**

    **Observation/Inspection**

        Yes: Within Normal Limits

**Cardiovascular**

    **Observation**

        Yes: Within Normal Limits

**Musculoskeletal**

    **Gait**

        Yes: Normal Gait

**Comments**

    ****No paperwork returned with inmate.

**ASSESSMENT:**

Unspecified glaucoma, H409 - Current - *Open Angle, See by ophthalmology today, await paperwork.*

**PLAN:**

**Disposition:**

    Follow-up at Sick Call as Needed

    Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|----------------|--------|---------------|----------|---------|
| 12/08/2021 | Counseling | Plan of Care | Ardoin, Alicia | Verbalizes Understanding |

**Copay Required:** No              **Cosign Required:** No

**Telephone/Verbal Order:**  No

Completed by Ardoin, Alicia FNP-C on 12/08/2021 12:24

65

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: | M    Race: WHITE | Facility: | OAK |
| Note Date: | 12/09/2021 14:22 | Provider: | Ardoin, Alicia FNP-C | Unit: | P02 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE    1         Provider:  Ardoin, Alicia FNP-C
Documentation Review:

Ophthalmology 12/8/21

1. Glaucoma Suspect OU: According to prison records C/D was 0.3 in 2013 and is now 0.75. MRI brain and orbits with and without contrast due to nerve damage despite normal intraocular pressure. Waiting on results from prison.

Status: Inadequately controlled
Plan: Continue timolol maleate 0.5% eye drops one drop twice daily to both eyes

Follow up in 4 months. Other Instructions: Please send MRI results, DFE, OCT IOP, MRX.

***Emailed HIT to have IMS forward MRI of brain. No documentation in file for MRI of orbits. HIT reports this is being rescheduled.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Ophthalmology | 04/08/2022 | 04/08/2022 | Routine | No | |

Subtype:

Offsite Appt
Reason for Request:

Ophthalmology 12/8/21
58 year old male with history primary open angle glaucoma, involving the left and right eye. Symptom are associated with blurred vision and headache and are mild in severity.

1. Glaucoma Suspect OU: According to prison records C/D was 0.3 in 2013 and is now 0.75. MRI brain and orbits with and without contrast due to nerve damage despite normal intraocular pressure. Waiting on results from prison.

Status: Inadequately controlled
Plan: Continue timolol maleate 0.5% eye drops one drop twice daily to both eyes

Follow up in 4 months. Other Instructions: Please send MRI results, DFE, OCT IOP, MRX.

Requesting 4 month follow up visit.
Provisional Diagnosis:

Primary Open Angle Glaucoma

**Copay Required:** No          **Cosign Required:** No

Generated 12/09/2021 14:30 by Ardoin, Alicia FNP-C          Bureau of Prisons - OAK          Page 1 of 2

66

| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
|---|---|---|---|---|---|
| Date of Birth: | 03/07/1963 | Sex: | M   Race:WHITE | Facility: | OAK |
| Note Date: | 12/09/2021 14:22 | Provider: | Ardoin, Alicia FNP-C | Unit: | P02 |

**Telephone/Verbal Order:**  No

Completed by Ardoin, Alicia FNP-C on 12/09/2021 14:30

67

TRULINCS  04807095 - BARRETT, JEREMY CARLTON - Unit: OAK-A-B

---------------------------------------------------------------------------------------------

FROM: 04807095
TO:
SUBJECT: ADDENDUM
DATE: 09/18/2022 10:51:05 AM

To be added to Administrative Tort Claim - TRT-SCR-2022-04286

I have had no answer from your office and as my claim is concerning an on going and progressive illness, (GLAUCOMA), I have more information and evidence to add to my TORT Claim which is legally allowed through the Administrative Tort Claim process.

On April 8, 2022 I was brought to Louisiana Eye & Laser Clinic for a follow up treatment for Glaucoma. I was told that my MRI of Brain and Orbits looked good. The results from the April 8th follow up were forwarded to this facility, Oakdale          FCI - 1. I was seen at this facility on April 13, 2022 by Miss Shaista Vally who was hired here as the new Optometrist. Miss Vally's professional opinion was that I may not have Glaucoma and that my prison records were either misread or they were inaccurate. She continually tried to down play the seriousness of my illness and claimed that my questions and comments concerning her professional opinion were both inaccurate and irrational. But in the end she had to admit that my situation is not good. ( SEE MISS VALLY'S NOTES LISTED UNDER OTHER ).

It should also be noted that Optometrist Miss Shaista Vally's conduct, professional knowledge and diagnostic skills must have been below average because she no longer works at this facility.

On August 12, 2022 I was brought to Louisiana Eye & Laser Clinic for another follow up treatment. A VISUAL PERIPHERY TEST was performed and DR. Redmond showed me a computerized graph showing a substantial amount of peripheral vision loss in one eye and starting loss of peripheral vision in the other eye. DR. Redmond informed me that this is because of the glaucoma. I then proceeded to tell DR. Redmond about the comments and opinions of Optometrist Miss Shaista Vally, DR. Redmond told me that there are only three (3) ways that my eye's could have sustained the amount of nerve damage that my eye's have. 1. Is from having a Brain Tumor. 2. Is from serious blunt force trauma and 3. Is from Glaucoma. DR. Redmond told me that the MRI of the Brain and Orbits completely eliminate the possibility of a Brain Tumor or Trauma to the eye's, he told me that there is no question that I have Glaucoma. He also repeated the fact that had treatment been started years earlier when the Glaucoma was first detected, the damage and the progression in my case would not be as severe as they are at this time, someone dropped the ball.

I respectfully request that this missive and all of the attached documentation and medical records be filed along with Administrative Tort Claim - TRT - SCR - 2022 - 04286. I respectfully and patiently await your decision on my Tort Claim by your pending October 14' 2022 deadline.

( Records and documents include April 8, 2022 and August 12, 2022 follow up treatments from Louisiana Eye & Laser, April 13, 2022 diagnostics, evaluations and comments from Optometrist Shaista Vally and Christus Health System Radiology Report for MRI of Brain and Orbits ).

Respectfully Submitted,
Jeremy C. Barrett #04807-095

Jeremy C. Barrett

Exhibit C

# LOUISIANA EYE & LASER

Visit Note - August 12, 2022

D4807-095

## BARRETT, JEREMY (INMATE)

PMS ID:  Sex:  DOB:  Phone:  MRN:
109833PAT000025215  Male  03/07/1963  (000) 000-0000  MM0000024992

FCI, OAKDALE, LA

**Chief Complaint:** Follow Up Glaucoma Suspect

**HPI:** This is a 59 year old male who is being seen for a chief complaint of follow up glaucoma suspect, involving the left eye and right eye. The symptoms are associated with blurred vision and headache and are moderate in severity. The patient has had these symptoms for 5 years. The patient has been a glaucoma suspect for years. Pertinent history includes: glaucoma. The patient presents today for: further evaluation and management, IOP check, and visual field testing. Since the last visit, the patient's condition is: stable. Pt states he's noticed his vision is getting worse. Pt states his glasses has broken and he's using readers that recently just broke. Pt states he's been having headaches and pressure btw the eyes. Pt states he thinks it's because of the glaucoma. .

### Medications
Reviewed August 12, 2022.
**OPHTHALMIC MEDICATIONS**
timolol maleate 0.5% drops

**NON OPHTHALMIC MEDICATIONS**
clopidogrel bisulfate (bulk) 100 %
Miscellaneous - powder
Adult Low Dose Aspirin 81 mg Oral -
tablet,delayed release (DR/EC)
atorvastatin 40 mg Oral - tablet
carbamazepine 200 mg Oral - tablet
metoprolol tartrate 25 mg Oral - tablet
nitroglycerin 0.4 mg Sublingual -
tablet, sublingual

### Ocular History
Reviewed August 12, 2022.
Glaucoma of right eye
Glaucoma of left eye

### Ocular Surgery
None

### Social History
Reviewed August 12, 2022.

Single Question Alcohol Screening: 0
days
Smoking status - Never smoker

### Allergies
Reviewed August 12, 2022.
brimonidine
Iodinated Contrast Media

### ROS
Provider reviewed on Aug 12, 2022.

A complete review of systems was performed and was notable for poor vision and high blood pressure.

No Eye Pain, No Tearing, No Redness, No Jaw Pain, No Scalp Tenderness, No Amaurosis Fugax, No Loss Of Vision, No Fever, No Chills, No Weight Loss, No Stuffy Nose, No Ear Ache, No Dry Mouth, No Rapid Heart Beat, No Congestion, No Wheezing, No Shortness Of Breath, No Constipation, No Urinary Frequency, No Joint Pains, No Stiffness, No Arthritis, No Rash, No Headache, No Seizure, No Stroke, No Paralysis, No Anxiety, No Depression, No Insomnia, No Diabetes, No Thyroid Abnormalities, No Bleeding, No Anemia, No Allergies, No Hay Fever, And No Hives.

### Plastic Surgery History
Reviewed August 12, 2022.

### Medical History
Reviewed August 12, 2022.
Heart disease
Hypertension annual review

## Eye Exam
### Vision

Distance Test Type: Snellen Chart    Near Test Type: Snellen

Dsc  OD  20/50
     OS  20/60

### Manifest Refraction

| Eye | Measurement | DCC | NCC |
|-----|-------------|-----|-----|
| OD | +0.75 | 20/20 -2 | |
| OS | +1.00 +0.25 x 030 | 20/25 | |

### Pupils: Normal

| | Light (mm) | Dark (mm) | Near (mm) | Size | Round | Regular | Reacts | APD | RAPD | Other |
|--|--|--|--|--|--|--|--|--|--|--|
| OD | 3 | 4.00 | | Normal | Round | Regular | Reacts Well | No APD | | |
| OS | 3 | 4.00 | | Normal | Round | Regular | Reacts Well | No APD | | |

### IOP

| | | | | |
|--|--|--|--|--|
| OD | 16 | Starks, Kammetria | 08/12/2022 09:50 AM CDT | Applanation |
| OS | 14 | Starks, Kammetria | 08/12/2022 09:50 AM CDT | Applanation |

### Diagnostic Drops

| | Drops Used | Staff | Date | Notes |
|--|--|--|--|--|
| OD | Proparacaine 0.5% Sodium Fluorescein | Starks, Kammetria | 09:50 AM CDT | |
| OS | Proparacaine 0.5% Sodium Fluorescein | Starks, Kammetria | 09:50 AM CDT | |

**Motility: Full OU**

**Visual Field Test Type:** Confrontation Visual Fields

**Visual Field Test Result: Full to Confrontation OU**    **Additional Visual Fields Notes:**

Pt looking at fingers.

### Exam:
An examination was performed
OD External: normal lid position, nasolacrimal and orbital exam
OD Lid Margin: MGD and moderate

Slit lamp examination OD:
OD Conjunctiva: white and quiet

OD Cornea: tear debris

OS External: normal lid position, nasolacrimal and orbital exam
OS Lid Margin: MGD and moderate

Slit lamp examination OS:
OS Conjunctiva: white and quiet

OS Cornea: tear debris

A.Ardoin FPC 8/12/22
A. Ardoin, FNPC
FCI I /FCI 2
FCC Oakdale

Patrick Redmond, MD (Primary Provider) (Bill Under)
(318) 445-7745 Fax   (318) 487-2020 Work
(847) 469-3242 Work

Alexandria Eye and Laser Center LLC
231 Windermere Blvd
Alexandria, LA 71303-3538

Page 1

# LOUISIANA EYE & LASER

# BARRETT, JEREMY (INMATE)

Visit Note - August 12, 2022

PMS ID:    Sex:    DOB:    Phone:    MRN:
109833PAT000025215  Male  03/07/1963  (000) 000-0000  MM0000024962

**Surgical History**
Reviewed August 12, 2022.
Carotid stent

OD Anterior Chamber: deep and quiet anterior chamber

OD Iris: normal iris without rubeosis

OD Lens: trace nuclear sclerosis

Ophthalmoscopic examination of optic disc OD:
OD: CD ratio 0.75
OD Optic Disc: deep cup and excavation

OS Anterior Chamber: deep and quiet anterior chamber

OS Iris: normal iris without rubeosis

OS Lens: trace nuclear sclerosis

Ophthalmoscopic examination of optic disc OS:
OS: CD ratio 0.75
OS Optic Disc: deep cup and excavation

General Appearance of the patient is well nourished.

Orientation: alert and oriented x 3.

Mood and affect: no acute distress.

## Tests

**Automated Perimetry**

Diagnostic Procedure: Automated Perimetry

Location: OU
Indication: Glaucoma Suspect OU

Findings OD: scotoma (superior arcuate) and scotoma (inferior arcuate)
Diagnosis OD: glaucoma, suspect
Findings OS: scotoma (superior arcuate) and scotoma (inferior arcuate)
Diagnosis OS: glaucoma, suspect
Reliability – OD: good
Reliability – OS: good
Assessment OD: baseline for future comparison
Assessment OS: baseline for future comparison

## Impression/Plan:

1. **Glaucoma Suspect OU** - *According to prison records C/D was 0.3 in 2013 and is now 0.75MRI WNL*
   open angle with borderline findings, high risk (H40.023)
   Status: Stable
   Existing condition with new problem, treatment or diagnostic

   **Plan: Counseling - Glaucoma suspect.**
   Please refer to the education handout for detailed counseling.

   After counseling the patient, we decided on the following plan for the right eye: Observation

   After counseling the patient, we decided on the following plan for the left eye: Observation

   **Plan: Treatment Regimen Glaucoma.**
   - Continue timolol maleate 0.5 % Eye Drops one drop twice daily to BOTH EYES

   **Plan: F/U for Next Visit Glaucoma.**
   The patient should be scheduled for the following in 6 months:
   Instructions: IOP DFE OCT ON.

2. **Dry Eye Syndrome OU**
   (H04.123)

   **Plan: Counseling - Dry Eye.**
   Please refer to the education handout for detailed counseling.

   After counseling the patient, we decided on the following plan RLL: Observation

   After counseling the patient, we decided on the following plan LLL: Observation

   **Plan: OTC Regimen Dry Eye.**

A. Ardoin, FNPC
FCI I/FCI 2
FCC Oakdale

**Patrick Redmond, MD (Primary Provider) (Bill Under)**
(318) 445-7745 Fax   (318) 487-2020 Work
(847) 489-3242 Work

Alexandria Eye and Laser Center LLC
231 Windermere Blvd
Alexandria, LA 71303-3538

Page 2

**LOUISIANA EYE & LASER**

**BARRETT, JEREMY (INMATE)**

Visit Note - August 12, 2022

PMS ID:  Sex:  DOB:  Phone:  MRN:
109833PAT000025215  Male  03/07/1963  (000) 000-0000  MM0000024982

OTC OU:
Artificial Tears : apply one drop of artificial tears (ie: Oasis or Systane or Refresh Optive) 4-6 times daily. Can also use PF tears as much as needed (recommend 10 times a day).
Lubricant Gels : apply lubricant gel to affected eyes at bedtime.
Ointments : apply Genteal and Lacrilube to affected eyes at bedtime.
Warm Compresses : apply warm compresses to the lids once a day.

### GLASSES RX DETAILS

|  | SPHERE | CYLINDER | AXIS | ADD | START | EXP. DATE |
|---|---|---|---|---|---|---|
| OD | +0.75 | D.S. |  | +2.50 | 08/12/22 | 08/12/23 |
| OS | +1.00 | +0.25 | 030 | +2.50 | 08/12/22 | 08/12/23 |

### VISUAL ACUITY

|  | Dist VA | Near VA | Dist PH | Underlying condition |
|---|---|---|---|---|
| OD | 20/20 -2 |  |  |  |
| OS | 20/25 |  |  |  |
| OU |  |  |  |  |

### ADDITIONAL INFORMATION

Active                     Yes

**Follow up in 6 months. Other Instructions: IOP DFE OCT ON**

**Staff:**

Patrick Redmond, MD (Primary Provider)  (Bill Under)

Kammetria Starks

Madison French (scribe)

I, Madison French am scribing for, and in the presence of Patrick Redmond, MD (PRR).

Electronically Signed By: Madison French, 08/12/2022 11:48 AM CDT

I, Patrick Redmond, MD (PRR), personally performed the services described in the documentation as scribed by Madison French in my presence, and confirm it is both accurate and complete.

Electronically Signed By: Patrick Redmond, MD, 08/12/2022 11:48 AM CDT

A. Ardoin, FNPC
FCI I/FCI 2
FCC Oakdale

8/12/22

Patrick Redmond, MD (Primary Provider) (Bill Under)
(318) 445-7746 Fax   (318) 487-2020 Work
(847) 469-3242 Work

Alexandria Eye and Laser Center LLC
231 Windermere Blvd
Alexandria, LA 71303-3538

Page 3

# LOUISIANA EYE & LASER

## Glasses Rx

# BARRETT, JEREMY (INMATE)

PMS ID:   Sex:       DOB:        Phone:         MRN:
109833PAT000025215  Male  03/07/1963  (000) 000-0000  MM0000024982

## PATIENT INFORMATION

| LAST NAME | FIRST NAME | I.I.I. | SSN | DATE OF BIRTH | SEX | 1933 |
|-----------|-----------|--------|-----|---------------|-----|------|
| BARRETT | JEREMY | C | | 03/07/1963 | Male | MM000002 4982 |

| STREET ADDRESS | | | STREET ADDRESS CONTD. | | |
|----------------|---|---|----------------------|---|---|
| OAKDALE BOP | | | 1507 E. WHATLEY RD | | |

| CITY | STATE | ZIP CODE | HOME PHONE | CELL PHONE |
|------|-------|----------|------------|------------|
| OAKDALE | LA | 71463 | 0000000000 | 0000000000 |

## GLASSES RX DETAILS

| | SPHERE | CYLINDER | AXIS | ADD | START | EXP. DATE |
|---|--------|----------|------|-----|-------|-----------|
| OD | +0.75 | D.S. | | +2.50 | 08/12/22 | 08/12/23 |
| OS | +1.00 | +0.25 | 030 | +2.50 | 08/12/22 | 08/12/23 |

## VISUAL ACUITY

| | Dist VA | Near VA | Dist PH | Underlying condition |
|---|---------|---------|---------|----------------------|
| OD | 20/20 -2 | | | |
| OS | 20/25 | | | |
| OU | | | | |

## ADDITIONAL INFORMATION

Active                    Yes

Electronically Signed By: Patrick Redmond, MD 08/12/2022 @ 11:50 AM
State Llc: 206714        State: LA

X

A. Ardoin, FNPC
FCI 1/FCI 2
FCC Oakdale

Patrick Redmond, MD
(318) 445-7745 Fax   (318) 487-2020 Work
(847) 469-3242 Work

Alexandria Eye and Laser Center LLC
231 Windermere Blvd
Alexandria, LA 71303-3538

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BARRETT, JEREMY CARLTON | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: M   Race: WHITE | Facility: | OAK |
| Encounter Date: | 08/12/2022 14:03 | Provider: Ardoin, Alicia FNP-C | Unit: | A06 |

Mid Level Provider - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1          Provider:  Ardoin, Alicia FNP-C

Chief Complaint:   Medical Trip Return

Subjective:        Inmate being seen for follow up after ophthalmology appointment today. Inmate states "He
                   said I do have glaucoma. He wants me to keep taking the drops".

Pain:              No

COMPLAINT 2          Provider:  Ardoin, Alicia FNP-C

Chief Complaint:   PULMONARY/RESPIRATORY

Subjective:        "I feel better. My lungs are clearing up and my cough is better". Inmate being seen for follow
                   up on recent cough and abnormal chest x-ray.  Reports overall improvement in symptoms.

Pain:              No

**ROS:**

**General**
  **Constitutional Symptoms**
    No: Easily Tired, Fatigue, Fever, Weakness
**Integumentary**
  **Skin**
    No: Rashes, Sores that won't heal
**HEENT**
  **Eyes**
    Yes: Hx Glaucoma
**Cardiovascular**
  **General**
    Yes: Hx Hypertension
    No: Angina, Edema
**Pulmonary**
  **Respiratory System**
    Yes: Hx of COPD
    No: Cough - Dry, DOE
**Musculoskeletal**
  **General**
    No: Gait Abnormality

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|

| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: | M   Race:  WHITE | Facility: | OAK |
| Encounter Date: | 08/12/2022 14:03 | Provider: | Ardoin, Alicia FNP-C | Unit: | A06 |

| **Date** | **Time** | | **Fahrenheit** | **Celsius** | **Location** | | **Provider** |
|---|---|---|---|---|---|---|---|
| 08/12/2022 | 14:04 OAX | | 97.6 | 36.4 | | | Ardoin, Alicia FNP-C |

**Pulse:**

| **Date** | **Time** | **Rate Per Minute** | **Location** | **Rhythm** | **Provider** |
|---|---|---|---|---|---|
| 08/12/2022 | 14:04 OAX | 60 | | | Ardoin, Alicia FNP-C |

**Respirations:**

| **Date** | **Time** | **Rate Per Minute** | **Provider** |
|---|---|---|---|
| 08/12/2022 | 14:04 OAX | 18 | Ardoin, Alicia FNP-C |

**Blood Pressure:**

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|---|---|---|---|---|---|---|
| 08/12/2022 | 14:04 OAX | 132/74 | | | | Ardoin, Alicia FNP-C |

**SaO2:**

| **Date** | **Time** | **Value(%)** | **Air** | **Provider** |
|---|---|---|---|---|
| 08/12/2022 | 14:04 OAX | 98 | Room Air | Ardoin, Alicia FNP-C |

**Exam:**

**General**

    **Affect**

        Yes: Cooperative

    **Appearance**

        Yes: Appears Well, Alert and Oriented x 3

        No: Unkempt, Acutely Ill

**Skin**

    **General**

        Yes: Dry, Skin Intact

**Head**

    **General**

        Yes: Symmetry of Motor Function

**Pulmonary**

    **Observation/Inspection**

        Yes: Within Normal Limits

    **Auscultation**

        Yes: Clear to Auscultation

        No: Crackles, Rhonchi, Wheezing

**Cardiovascular**

    **Auscultation**

        Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

**Musculoskeletal**

    **Gait**

        Yes: Normal Gait

**Comments**

    Ophthalmology Documentation Review:  (SEE BEMR for full documentation)

| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: | M   Race:   WHITE | Facility: | OAK |
| Encounter Date: | 08/12/2022 14:03 | Provider: | Ardoin, Alicia FNP-C | Unit: | A06 |

59 year old male who is being seen for a chief compliant of glaucoma involving the right and left eyes. Associated symptoms include blurred vision and headache, and are moderate in severity.

Exam:
OD Lid Margin: MGD and moderate
OD Cornea: tear debris
OD Anterior Chamber: deep and quiet anterior chamber
OD Iris: normal iris without rubeosis
OD Lens: trace nuclear sclerosis
OD: CD ratio 0.75
OD optic Disc: deep cup and excavation

OS Lid Margin: MGD and moderate
OS Cornea: tear debris
OS Anterior Chamber: deep and quiet anterior chamber
OS Iris: normal iris without rubeosis
OS Lens: trace nuclear sclerosis
OS: CD ratio 0.75
OS optic Disc: deep cup and excavation

Impression/Plan:
Glaucoma Suspect: Observation, continue Timolol 1 drop BID to BOTH EYES, FU 6 months

Dry Eyes: Continue OTC regimen for Dry Eyes

Chest Xray 8/8/22
Radiographic stigmata for COPD
No radiographic evidence for any acute cardiopulmonary process.

**ASSESSMENT:**

Chronic obstructive pulmonary disease [COPD], J449 - Current - *Continue Albuterol PRN. RTC if symptoms persist/worsen.*

Unspecified acute lower respiratory infection, J22 - Resolved

Unspecified glaucoma, H409 - Current - *Open Angle both eyes - continue timolol, follow up in 6 months.*

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 312173-OAX | Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT | 08/12/2022 14:03 |
| | **Prescriber Order:**   **Shake well** Inhale 2 puffs by mouth four times a day as needed for shortness of breath. x 180 day(s) | |
| | Indication:   Chronic obstructive pulmonary disease [COPD], Unspecified acute lower respiratory infection | |
| 312175-OAX | Ibuprofen 800 MG Tab | 08/12/2022 14:03 |
| | **Prescriber Order:**   Take one tablet (800 MG) by mouth twice daily with food as needed for pain PRN x 180 day(s) | |
| | Indication:   Pain in unspecified joint | |

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|

| Inmate Name:  BARRETT, JEREMY CARLTON | | | | Reg #:  04807-095 |
|---|---|---|---|---|
| Date of Birth:  03/07/1963 | | Sex:  M  Race:  WHITE | | Facility:  OAK |
| Encounter Date:  08/12/2022 14:03 | | Provider:  Ardoin, Alicia FNP-C | | Unit:  A06 |

| Ophthalmology | 02/13/2023 | 02/13/2023 | Routine | No |
|---|---|---|---|---|

Subtype:

Offsite Appt

Reason for Request:

59 year old male who is being seen for a chief compliant of glaucoma involving the right and left eyes. Associated symptoms include blurred vision and headache, and are moderate in severity.

Exam:
OD Lid Margin: MGD and moderate
OD Cornea: tear debris
OD Anterior Chamber: deep and quiet anterior chamber
OD Iris: normal iris without rubeosis
OD Lens: trace nuclear sclerosis
OD: CD ratio 0.75
OD optic Disc: deep cup and excavation

OS Lid Margin: MGD and moderate
OS Cornea: tear debris
OS Anterior Chamber: deep and quiet anterior chamber
OS Iris: normal iris without rubeosis
OS Lens: trace nuclear sclerosis
OS: CD ratio 0.75
OS optic Disc: deep cup and excavation

Impression/Plan:
Glaucoma Suspect: Observation, continue Timolol 1 drop BID to BOTH EYES, FU 6 months

Dry Eyes: Continue OTC regimen for Dry Eyes

Requesting 6 month follow up with Ophthalmology

Provisional Diagnosis:

Glaucoma suspect

Disposition:

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

Other:

Consider adding to Pulmonology Chronic Care Clinic

Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/12/2022 | Counseling | Plan of Care | Ardoin, Alicia | Verbalizes Understanding |

Copay Required: No          Cosign Required:  No
Telephone/Verbal Order:   No

Completed by Ardoin, Alicia FNP-C on 08/12/2022 14:16
Requested to be reviewed by  Griffin, Richard MD/CD.
Review documentation will be displayed on the following page.

Inmate Name:   BARRETT, JEREMY CARLTON
Date of Birth:   03/07/1963
Encounter Date: 08/12/2022 14:03

Sex:      M   Race:  WHITE
Provider:  Ardoin, Alicia FNP-C

Reg #:   04807-095
Facility:  OAK
Unit:      A06

FCC Oakdale
Oakdale, La

04807-095

**BARRETT, JEREMY (INMATE)**

## LOUISIANA
## EYE & LASER
Visit Note - April 8, 2022

PMS Id:  Sex  DOB  Phone  MRN
109833PAT000025215  Male  03/07/1963  (000) 000-0000  MM000024982

### Chief Complaint: Follow Up Primary Open Angle Glaucoma

**HPI:** This is a 59 year old male who is being seen for a chief complaint of follow up primary open angle glaucoma, involving the left eye and right eye. The symptoms are associated with blurred vision, headache, and nausea and are moderate in severity. The patient has had these symptoms for months. The patient has had glaucoma for months. The patient has taken the following treatments in the past: timolol drops. The patient is currently on the following treatment regimen: timolol drops. The patient presents today for: further evaluation and management, IOP check, and optic nerve imaging. Since the last visit, the patient's condition is: unchanged. Pt is here for d/e Oct on and glasses. Pt also had MRI done results in folder..

**Medications**
Reviewed and no changes noted April 8, 2022.
**OPHTHALMIC MEDICATIONS**
timolol maleate 0.5% drops

**NON OPHTHALMIC MEDICATIONS**
clopidogrel bisulfate (bulk) 100 %
Miscellaneous - powder
Adult Low Dose Aspirin 81 mg Oral - tablet,delayed release (DR/EC)
atorvastatin 40 mg Oral - tablet
carbamazepine 200 mg Oral - tablet
metoprolol tartrate 25 mg Oral - tablet
nitroglycerin 0.4 mg Sublingual - tablet, sublingual

**Ocular History**
Reviewed and no changes noted April 8, 2022.
Glaucoma of right eye
Glaucoma of left eye

**Ocular Surgery**
None

**Social History**
Reviewed April 8, 2022.

Single Question Alcohol Screening: 0 days
Smoking status - Never smoker

**Allergies**
Reviewed and no changes noted April 8, 2022.
brimonidine
Iodinated Contrast Media

**ROS**
Provider reviewed on Apr 08, 2022.

A complete review of systems was performed and was notable for poor vision and high blood pressure.

No Eye Pain, No Tearing, No Redness, No Jaw Pain, No Scalp Tenderness, No Amaurosis Fugax, No Loss Of Vision, No Fever, No Chills, No Weight Loss, No Stuffy Nose, No Ear Ache, No Dry Mouth, No Rapid Heart Beat, No Congestion, No Wheezing, No Shortness Of Breath, No Constipation, No Urinary Frequency, No Joint Pains, No Stiffness, No Arthritis, No Rash, No Headache, No Seizure, No Stroke, No Paralysis, No Anxiety, No Depression, No Insomnia, No Diabetes, No Thyroid Abnormalities, No Bleeding, No Anemia, No Allergies, No Hay Fever, And No Hives.

**Plastic Surgery History**
Reviewed April 8, 2022.

**Medical History**
Reviewed and no changes noted April 8, 2022.

### Eye Exam

**Wearing Glasses**
Eyeglass: Bifocal

| Eye | Measurement | DCC | NCC |
|---|---|---|---|
| OD | +0.75 Add: +2.50 | 20/25 | |
| OS | +1.25 +0.25 x 165 Add: +2.50 | 20/30 | |

**Manifest Refraction**

| Eye | Measurement | DCC | NCC |
|---|---|---|---|
| OD | +0.50 | 20/20 | |
| OS | +0.75 +0.25 x 015 | 20/25 | |

**Pupils: Normal**

| | Light (mm) | Dark (mm) | Near (mm) | Size | Round | Regular | Reacts | APD | RAPD | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| OD | 3 | 4.00 | | Normal | Round | Regular | Reacts Well | No APD | | |
| OS | 3 | 4.00 | | Normal | Round | Regular | Reacts Well | No APD | | |

**IOP**

| | | | | |
|---|---|---|---|---|
| OD | 8 | Briggs, Kelsie | 04/08/2022 09:01 AM CDT | Tonopen |
| OS | 9 | Briggs, Kelsie | 04/08/2022 09:01 AM CDT | Tonopen |
| OD | 15 | Redmond, Patrick MD (PRR) | 04/08/2022 10:44 AM CDT | Applanation |
| OS | 14 | Redmond, Patrick MD (PRR) | 04/08/2022 10:44 AM CDT | Applanation |

**Diagnostic Drops**

| | Drops Used | Staff | Date | Notes |
|---|---|---|---|---|
| OD | Tropicamide 1%/Phenylephrine 2.5% Proparacaine 0.5% | Briggs, Kelsie | 09:01 AM CDT | |
| OS | Tropicamide 1%/Phenylephrine 2.5% Proparacaine 0.5% | Briggs, Kelsie | 09:01 AM CDT | |

Patient counseled about blurry vision and problems driving after dilation.

**Motility:** Full OU

**Visual Field Test Type:** Confrontation Visual Fields

**Visual Field Test Result:** Full to Confrontation OU

### Exam:
An examination was performed
OD External: normal lid position, nasolacrimal and orbital       OS External: normal lid position, nasolacrimal and orbital

Patrick Redmond, MD (Primary Provider) (Bill Under)
(318) 445-7745 Fax   (318) 487-2020 Work
(847) 469-3742 Work

Alexandria Eye and Laser Center LLC
231 Windermere Blvd
Alexandria, LA 71303-3538

Page 1



**BARRETT, JEREMY (INMATE)**

Visit Note - April 8, 2022

PMS I.c:     Sex:     DOB:     Phone:     MRN:
108833PAT000025215   Male   03/07/1963   (000) 000-0000   NM0000024902

Heart disease
Hypertension annual review

**Surgical History**
Reviewed and no changes no.od April 8, 2022.
Carotid stent

exam
OD Lid Margin: MGD

Slit lamp examination OD:
OD Conjunctiva: white and quiet

OD Cornea: tear debris

OD Anterior Chamber: deep and quiet anterior chamber

OD Iris: normal iris without rubeosis

OD Lens: clear lens

A dilated exam of the optic disc was performed OD.
Ophthalmoscopic examination of optic disc OD:
OD: CD ratio 0.75
OD Optic Disc: deep cup and excavation

A dilated fundus exam was performed OD.

Ophthalmoscopic examination of retina and vessels OD:
OD Vitreous: vitreous clear without hemorrhage, cells or pigment
OD Vessels: vessels with normal contour, caliber without neovascularization
OD Macula: hypopigmented spot nasal
OD Periphery: periphery normal appearance without retinal tears, breaks, holes or mass

exam
OS Lid Margin: MGD

Slit lamp examination OS:
OS Conjunctiva: white and quiet

OS Cornea: tear debris

OS Anterior Chamber: deep and quiet anterior chamber

OS Iris: normal iris without rubeosis

OS Lens: clear lens

A dilated exam of the optic disc was performed OS.
Ophthalmoscopic examination of optic disc OS:
OS: CD ratio 0.75
OS Optic Disc: deep cup and excavation

A dilated fundus exam was performed OS.

Ophthalmoscopic examination of retina and vessels OS:
OS Vitreous: vitreous clear without hemorrhage, cells or pigment
OS Vessels: vessels with normal contour, caliber without neovascularization
OS Macula: macula normal contour without heme, edema, drusen or exudate
OS Periphery: periphery normal appearance without retinal tears, breaks, holes or mass

General Appearance of the patient is well nourished.

Orientation: alert and oriented x 3.

Mood and affect: no acute distress.

**Tests**

OCT, Optic Nerve

Diagnostic Procedure: Optic Nerve Tomography (Zeiss Cirrus) - OU
Indication: Glaucoma Suspect OU

Findings OD: increased cup to disc ratio
Other Findings OD: RNFL THINNING
Diagnosis OD: glaucoma, suspect
Findings OS: increased cup to disc ratio
Other Findings OS: RNFL THINNING
Diagnosis OS: glaucoma, suspect
Reliability: good

**Impression/Plan:**
1. **Glaucoma Suspect OU** - *According to prison records C/D was 0.3 in 2013 and is now 0.75MRI WNL open angle with borderline findings, high risk (.440.023)*
   Status: Unchanged
   Existing condition with new problem, treatment or diagnostic

   **Plan: Counseling - Glaucoma suspect.**
   Please refer to the education handout for detailed counseling.

**Patrick Redmond, MD (Primary Provider) (Bill Under)**
(318) 445-7745 Fax   (318) 487-2020 Work
(847) 469-3242 Work

Alexandria Eye and Laser Center LLC
231 Windermere Blvd
Alexandria, LA 71303-3538

Page 2

# BARRETT, JEREMY (INMATE)

PMS I.:   Sex:   DOB:   Phone:   MRN:
109833PAT000025215   Male   03/07/1963   (000) 000-0000   MM0000024982

After counseling the patient, we decided on the following plan for the right eye: Observation

After counseling the patient, we decided on the following plan for the left eye: Observation

**Plan: Treatment Regimen Glaucoma.**
- Continue t.molol maleate 0.5 % Eye Drops one drop twice daily to BOTH EYES

2.   Dry Eye Syndrome OU
     (H04.123)
     Status: Inadequately Controlled
     Existing condition with new problem, treatment or diagnostic

     **Plan: Counseling - Dry Eye.**
     Please refer to the education handout for detailed counseling.

     After counseling the patient, we decided on the following plan RLL: Observation

     After counseling the patient, we decided on the following plan LLL: Observation

     **Plan: OTC Regimen Dry Eye.**
     OTC OU:
     Artificial Tears : apply one drop of artificial tears (ie: Oasis or Systane or Refresh Optive) 4-6 times daily. Can also use PF tears as much as needed
     (recommend 10 times a day).
     Lubricant Gels : apply lubricant gel to affected eyes at bedtime.
     Ointments : apply Genteal and Lacrilube to affected eyes at bedtime.
     Warm Compresses : apply warm compresses to the lids once a day.

**Follow up in 6 months for: IOP Check, Visual Field Testing**


**Staff:**

Patrick Redmond, MD (Primary Provider)  (Bill Under)

Kelsie Briggs


Electronically Signed By: Patrick Redmond, MD, 04/08/2022 10:46 AM CDT

**Patrick Redmond, MD (Primary Provider) (Bill Under)**
(318) 445-7745 Fax   (318) 487-2020 Work
(847) 489-3242 Work

Alexandria Eye and Laser Center LLC
331 Windermere Blvd
Alexandria, LA 71303-3530

Page 3

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name:   BARRETT, JEREMY CARLTON | | | | Reg #: | 04807-095 |
| Date of Birth:   03/07/1963 | | Sex:   M   Race:   WHITE | | Facility: | OAK |
| Encounter Date:   04/13/2022 07:45 | | Provider:   Vally, Shaista OD, | | Unit: | P02 |

## Exam Comments

Dilation: NO

Cup to Disc Ratio:
Right Eye: 0.75R
Left eye: 0.7/.75

IOP:
OD: 10, 14, 13
OS: 11, 12, 11

glaucoma suspect secondary to large CDR.
Tmax per outside notes approx 19 in each eye, no documented IOP >15 within BOP documents even before glaucoma management.
If normal tension glaucoma is suspected (as MR head IS Normal), then target IOP may need to be even lower.
Previous notes INCORRECTLY report 2013 notes to have 0.3 CDR but that appears to have been written under pupil size.
cup to disc was 0.55 in 2013.
Please include 2013 exam and MR head results for outside ophthalmologist to review.
Outside ophthalmology to consider normal tension labs as RNFL thinning is confirmed with low/normal eye pressure.

Reassured patient that a change of 0.55 to 0.75 is not as alarming as 0.3 to 0.75 in less than 10 years, but it is still progression nonetheless.
Continue Tim Qam OU.

patient needs new glasses as they are broken

ASSESSMENT:

Astigmatism, H52209 - Current

Unspecified glaucoma, H409 - Current

PLAN:

Disposition:
Follow-up at Chronic Care Clinic as Needed

Other:
Please continue Timoptic Qam 1 gtt OU indefinitely until changed by outside ophthalmology. Needs refill on TearsGen as glaucoma drops can cause chronic surface irritation.

Glasses broken, please re-order.

Please include 2013 exam notes and MR head for outside ophthalmology to review. Incorrect measurement of cup to disc ratio from 2013 is not 0.3, appears to have been an error, should be 0.55 per 2013 note. Still worse/progression but not as drastic of a change in a short period.

Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/14/2022 | Counseling | Diagnosis | Vally, Shaista | Verbalizes Understanding |

Lengthy discussion regarding cup to disc size does NOT equate to loss of vision, patient incorrectly believed that 0.75 meant that he already lost 75% of his vision. Reassured patient that visual function is measured by

| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: | M   Race:  WHITE | Facility: | OAK |
| Encounter Date: | 04/13/2022 07:45 | Provider: | Vally, Shaista OD, | Unit: | P02 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

visual acuity (which is nearly perfect) and visual fields (almost perfect in left eye and small defect in right eye) and not confirmed until repeatable. Despite hesitation, patient seemed agreeable.

**Spec Rx:   Completed on**  04/14/2022 07:59

**Sphere Right:**  +0.50

**Sphere Left:**  +1.50

**Cylinder Left:**  -0.50

**Axis Left:**  95

**Bifocal Power Right:**  2.25

**Bifocal Power Left:**  2.25

**Segment Height Right:**  18

**Segment Height Left:**  18

**Pupillary Width Distance Right:**  30

**Pupillary Width Distance Left:**  30

**Straight Top:**  X

   **28:**  X

**Frame Style:**  FPI-1

**Eye Size:**   51

**Bridge Size:**  17

**Temple Length and Style:**  140

**Copay Required:** No          **Cosign Required:**  Yes

**Telephone/Verbal Order:**  No

Completed by Vally, Shaista OD, Optometrist on 04/14/2022 08:01

Requested to be cosigned by  Griffin, Richard MD/CD.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by  Ardoin, Alicia FNP-C.

Review documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | BARRETT, JEREMY CARLTON | | Reg #: 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: M  Race: WHITE | Facility: OAK |
| Encounter Date: | 04/08/2022 12:01 | Provider: Laws, Cheryl FNP-C | Unit: P02 |

Mid Level Provider - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1    Provider: Laws, Cheryl FNP-C

Chief Complaint: Medical Trip Return

Subjective: " He said my pressure and optic nerve was ok, and the MRI was ok. They wrote me a prescription for glasses." Inmate here today status post ophthalmology visit from Louisiana eye and Laser, progress notes reviewed with inmate. New glasses prescription not attached to documentation.

Pain: No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/08/2022 | 12:01 OAX | 97.4 | 36.3 | | Laws, Cheryl FNP-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/08/2022 | 12:01 OAX | 58 | | | Laws, Cheryl FNP-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/08/2022 | 12:01 OAX | 18 | Laws, Cheryl FNP-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/08/2022 | 12:01 OAX | 100/61 | | | | Laws, Cheryl FNP-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 04/08/2022 | 12:01 OAX | 100 | Room Air | Laws, Cheryl FNP-C |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

No: Irritable, Agitated

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

**Skin**

**General**

Yes: Within Normal Limits

**Head**

| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
|---|---|---|---|---|---|
| Date of Birth: | 03/07/1963 | Sex: | M   Race:  WHITE | Facility: | OAK |
| Encounter Date: | 04/08/2022 12:01 | Provider: | Laws, Cheryl FNP-C | Unit: | P02 |

**General**

Yes: Symmetry of Motor Function, Atraumatic/Normocephalic

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Cardiovascular**

**Observation**

Yes: Within Normal Limits

**Musculoskeletal**

**Gait**

Yes: Normal Gait

**Comments**

4/8/22 Louisiana Eye and Laser

HPI: This is a 59 year old male who is being seen for a chief complaint of follow up primary open angle glaucoma, involving the left eye and right eye. The symptoms are associated with blurred vision, headache, and nausea and are moderate in severity. The patient has had these symptoms for months. The patient has had glaucoma for months. The patient has taken the following treatments in the past: timolol drops. The patient is currently on the following treatment regimen: timolol drops. The patient presents today for: further evaluation and management, IOP check, and optic nerve imaging. Since the last visit, the patient's condition is unchanged. Pt is here for dfe Oct on and glasses. Pt also had MRI done results in folder.

Impression/Plan:

Glaucoma Suspect OU - Counseling, continue timolol

Dry Eye Syndrome ou - artificial tears

Follow up in 6months for IOP check, visual field testing

**ASSESSMENT:**

Unspecified disorder of eye and adnexa, H579 - Current - *Dry eye syndrome - refer to commissary for OTC artificial tears*

Unspecified glaucoma, H409 - Current - *Open Angle both eyes - continue timolol, follow up in 6 months*

**PLAN:**

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Ophthalmology | 10/07/2022 | 10/07/2022 | Routine | No | |

Subtype:

Offsite Appt

Reason for Request:

59 year old with a history of glaucoma was seen by ophthalmology on 4/8/22 with the recommendation for a month follow up

| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
|---|---|---|---|---|---|
| Date of Birth: | 03/07/1963 | Sex: | M   Race:  WHITE | Facility: | OAK |
| Encounter Date: | 04/08/2022 12:01 | Provider: | Laws, Cheryl FNP-C | Unit: | P02 |

chart review
4/8/22 Louisiana Eye and Laser
HPI: This is a 59 year old male who is being seen for a chief complaint of follow up primary open angle glaucoma, involving the left eye and right eye. The symptoms are associated with blurred vision, headache, and nausea and are  moderate in severity. The patient has had these symptoms for months. The patient has had glaucoma for months. The patient has taken the following treatments in the past: timolol drops. The patient is currently on the following treatment regimen: timolol drops. The patient presents today for: further evaluation and management, IOP check, and optic nerve imaging. Since the last visit, the patient's condition is unchanged. Pt is here for dfe Oct on and glasses. Pt also had MRI done results in folder.


Impression/Plan:

Glaucoma Suspect OU - Counseling, continue timolol


Dry Eye Syndrome ou - artificial tears


Follow up in 6months for IOP check, visual field testing




Requesting 6 month follow up for IOP check, visual field testing
Provisional Diagnosis:
    Glaucoma
**Disposition:**
    Follow-up at Sick Call as Needed
    Return Immediately if Condition Worsens
    Return To Sick Call if Not Improved

**Other:**
    already on optometry schedule for glasses

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/08/2022 | Counseling | Plan of Care | Laws, Cheryl | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Laws, Cheryl FNP-C on 04/08/2022 12:28
Requested to be reviewed by  Ardoin, Alicia FNP-C.

Review documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BARRETT, JEREMY CARLTON | | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: M   Race: WHITE | Facility: | OAK |
| Note Date: | 04/14/2022 08:21 | Provider: Griffin, Richard MD/CD | Unit: | P02 |

Cosign Note - Clinical Encounter Cosign encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE   1     Provider:  Griffin, Richard MD/CD
        optometry exam 4-13-2022
        suspect does not have glaucoma
        needs include optometry notes 2013 to today with referral to ophthalmology


**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Ophthalmology | 08/12/2022 | 08/12/2022 | Routine | No | |

    Subtype:
        Offsite Appt
    Reason for Request:
        58y male with working diagnosis of glaucoma. please evaluate for presence of glaucoma and recommend management.
        optometry exam 4-13-2022:  suspects does not have glaucoma
        needs include optometry notes 2013 to today with referral to ophthalmology
        you have your previous exam/treatment notes
    Provisional Diagnosis:
        working diagnosis of glaucoma

**Discontinued Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Ophthalmology | 10/07/2022 | 10/07/2022 | Routine | No | |

    Subtype:
        Offsite Appt
    Reason for Request:
        59 year old with a history of glaucoma was seen by ophthalmology on 4/8/22 with the recommendation for a month follow up


        chart review
        4/8/22 Louisiana Eye and Laser
        HPI: This is a 59 year old male who is being seen for a chief complaint of follow up primary open angle glaucoma, involving the left eye and right eye. The symptoms are associated with blurred vision, headache, and nausea and are  moderate in severity. The patient has had these symptoms for months. The patient has had glaucoma for months. The patient has taken the following treatments in the past: timolol drops. The patient is currently on the following treatment regimen: timolol drops. The patient presents today for: further evaluation and management, IOP check, and optic nerve imaging. Since the last visit, the patient's condition is unchanged. Pt is here for dfe Oct on and glasses. Pt also had MRI done results in folder.


        Impression/Plan:

| Inmate Name: | BARRETT, JEREMY CARLTON | | | Reg #: | 04807-095 |
|---|---|---|---|---|---|
| Date of Birth: | 03/07/1963 | Sex: | M     Race:WHITE | Facility: | OAK |
| Note Date: | 04/14/2022 08:21 | Provider: | Griffin, Richard MD/CD | Unit: | P02 |

Glaucoma Suspect OU - Counseling, continue timolol

Dry Eye Syndrome ou - artificial tears

Follow up in 6months for IOP check, visual field testing

Requesting 6 month follow up for IOP check, visual field testing
Provisional Diagnosis:
Glaucoma

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Griffin, Richard MD/CD on 04/14/2022 08:26

Requested to be reviewed by  Ardoin, Alicia FNP-C.

Review documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | BARRETT, JEREMY CARLTON | Reg #: | 04807-095 |
| Date of Birth: | 03/07/1963 | Sex: M Race: WHITE | Facility: OAK |
| Encounter Date: | 04/13/2022 07:45 | Provider: Vally, Shaista OD, | Unit: P02 |

Optometry - Optometry Exam encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT  1      Provider:  Vally, Shaista OD, Optometrist

Chief Complaint:  Ophthalmology

Subjective:  Pt here for Dr. directed f/u for glaucoma. Patient was given glasses in 2021 but they are broken. He is using Tim Qam OU. Last seen by outside ophthalmology 2 days ago for OCT RNFL which confirmed diffusing RNFL thinning in both eyes. VF in Dec 201 showed normal findings in left eye and nasal step in right eye. Previous Notes INCORRECTLY say that 2013 exam says cup to disc ratio was 0.3 but the pupil size was 3 mm, cup to disc ratio states 0.55 in both eyes per 2013 note.

Pain:  No

### Vision Screen on 04/14/2022 07:47

Blindness:

Distance Vision:  Right Eye:          Left Eye:          Both Eyes:

Near Vision:  Right Eye:          Left Eye:          Both Eyes:

With Corrective Lenses

Distance Vision:  Right Eye: 20/25          Left Eye: 20/20          Both Eyes:

Near Vision:  Right Eye:          Left Eye:          Both Eyes:

| Present Glasses - Distance | | | | Refraction - Distance | | | | |
|---|---|---|---|---|---|---|---|---|
| | Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
| R: | | | | | R: | +0.50 | | | +2.25 |
| L: | | | | | L: | +1.50 | -0.50 | 95 | +2.25 |

Color Test:

Tonometry:  L: 11      R: 12

Comments:

## OBJECTIVE:

### Exam:

Eyes

General

Yes: PERRLA, Extraocular Movements Intact

Eye Tests

Yes: Cover-Uncover Test Normal

Visual Fields

Yes: Normal Fields

Slit Lamp

Yes: Normal Exam

Fundus Exam

Yes: Grossly Normal Retina

FCC Oakdale
Oakdale, La

## CHRISTUS Health System
## RADIOLOGY REPORT

0480-095

Pt Name: BARRETT,JEREMY
DOB: 03/07/1963 M 59
Acct: AF0002877415
MR: MF00705914
Patient Location: AF,CLIC/
Requisition #: 22-0035686
Report #: 0307-0445

CENTRAL LOUISIANA IMAGING CTR
3704 NORTH BLVD
ALEXANDRIA, LA 71301

Procedure:
0307-0035 MRI/IAC W/WO CONTRAST

CPT: 70553

Signed

Date of Exam: 03/07/22
Time of Exam: 1445

MRI of the internal auditory canals without and with contrast,
3/7/2022 3:35 PM CST

HISTORY: GLAUCOMA, NERVE DAMAGE, blurred vision, headache, nausea,
ocular pain.

TECHNIQUE: Whole brain MR images in the axial plane utilizing FLAIR
and T2 sequences are obtained. Precontrast high-resolution thin
section coronal and axial T1 and T2 images through the internal
auditory canals are then obtained. Following contrast administration,
thin section coronal and axial imaging of the IACs and also whole
brain T1 imaging is then performed in all 3 planes.

FINDINGS:

POSTERIOR FOSSA:

Pons/brainstem: Normal signal with no evidence of chronic white
matter disease or lacunar infarction. No abnormal enhancement.

Prepontine cistern: Patent with no evidence of mass or pathologic
enhancement.

Internal auditory canals: Symmetric in size and patent with no

CC: ARDOIN,ALICIA R NP;
Admitting Phy:
Ordering Phy: ARDOIN,ALICIA R NP
Attending Phy: ARDOIN,ALICIA R NP
Family Phy:

Patient Status: REG CLI
Admit Service Date: 03/07/22
Discharge Service Date:

Page 1 of 2                    RADIOLOGY REPORT           Report #:RAD 0307-0445

Acct: AF0002677415
MR: MF00705914
Pt Name: BARRETT,JEREMY
DOB: 03/07/1963 M 59

---

**Signed**

DATE OF EXAM: 03/07/22
TIME OF EXAM: 1445
Report #: 0307-0445

evidence of intracanalicular mass or enhancement.

Labyrinthine structures:  The cochlea and semicircular canals
demonstrate symmetric size with no findings of labyrinthine
ossification or asymmetry.

VII/VIII cranial nerves: Symmetric in size without abnormal
enhancement or nodularity

V cranial nerve: Symmetric in size without mass or enhancement

WHOLE BRAIN IMAGES:

There is a normal appearance to midline sagittal structures with no
evidence of abnormal pathologic intracranial enhancement. Sinuses and
mastoids and orbits appear normal.

IMPRESSION:

1.  Negative MRI study of the internal auditory canals.

Electronically signed by:  Michael Allen MD  3/7/2022 4:15 PM CST
Workstation: 109-8382T9M

Dictated By: ALLEN,MICHAEL D MD
Date Dictated: 03/07/22 1535
Signed By:  ALLEN,MICHAEL D MD
Date Signed:  03/07/22 1618

CC: ARDOIN,ALICIA R NP;
Admitting Phy:                              Patient Status: REG CLI
Ordering Phy: ARDOIN,ALICIA R NP            Admit Service Date: 03/07/22
Attending Phy: ARDOIN,ALICIA R NP           Discharge Service Date:
Family Phy:

Page 2 of 2                    **RADIOLOGY REPORT**        Report #:RAD 0307-0445

03/09/2022  08:28   3184844977                    CLIC                         PAGE  06/07

FCC Oakdale
Oakdale, La

## CHRISTUS Health System
## RADIOLOGY REPORT

04807-095

Pt Name: BARRETT,JEREMY
DOB: 03/07/1963 M 59
Acct: AF0002877415
MR: MF00705914
Patient Location: AF.CLIC/
Requisition #: 22-0035685
Report #: 0307-0447

CENTRAL LOUISIANA IMAGING CTR
3704 NORTH BLVD
ALEXANDRIA, LA 71301

Procedure:
0307-0034 MRI/ORBIT W/WO CONTRAST

CPT: 70543

**Signed**

Date of Exam:  03/07/22
Time of Exam:  1345

High-resolution MRI of the orbits without and with contrast, 3/7/2022
3:35 PM CST

HISTORY: Patient with complaints of blurred vision and headache
nausea and ocular pain, chronic

COMPARISON:  None

Technique: High-resolution ultrathin section coronal and axial
imaging of the orbital regions are performed utilizing T1, fat sat
T1, T2, and postcontrast fat sat T2 imaging protocols utilizing 3 mm
high-resolution images.

FINDINGS:

Attention to the globes reveals no evidence of mass. Lenses are
symmetric in position without dislocation. Intraorbital structures
are normal and optic nerves are symmetric. No pathologic optic nerve
enhancement. Extraocular muscles are symmetric. There is no
intraorbital inflammatory process or mass. Lacrimal glands are normal
bilaterally. Optic chiasm and optic tracts are normal. Pituitary and
suprasellar cistern are normal.

IMPRESSION:

CC: ARDOIN,ALICIA R NP;
Admitting Phy:
Ordering Phy: ARDOIN,ALICIA R NP
Attending Phy: ARDOIN,ALICIA R NP
Family Phy:

Patient Status: REG CLI
Admit Service Date: 03/07/22
Discharge Service Date:

Acct: AF0002877415
MR: MF00705914
Pt Name: BARRETT,JEREMY
DOB: 03/07/1963 M 59

**Signed**

DATE OF EXAM: 03/07/22
TIME OF EXAM: 1345
Report #: 0307-0447

1. Normal MRI of the orbits.

Electronically signed by: Michael Allen MD  3/7/2022 4:17 PM CST
Workstation: 109-8382T9M

Dictated By: ALLEN,MICHAEL D MD
Date Dictated: 03/07/22 1535
Signed By:  ALLEN,MICHAEL D MD
Date Signed:  03/07/22 1620

CC: ARDOIN,ALICIA R NP:
Admitting Phy:
Ordering Phy: ARDOIN,ALICIA R NP
Attending Phy: ARDOIN,ALICIA R NP
Family Phy:

Patient Status: REG CLI
Admit Service Date: 03/07/22
Discharge Service Date: